United States District Court
District of Connecticut

Leo Felix Charles           Civ No. 3:02CV1341(GLG)(WIG)
  Plaintiff
    v
Jack Maleh et al            February 27, 2004

## Motion For Leave To File An Amended Complaint

Plaintiff Leo Felix Charles, pursuant to Rule 15(a) Fed. R. Civ. P., request leave to File an amended complaint to correct all deficiencies and adding new claims for relief.

1 - The plaintiff in his original complaint has named all the defendants in their individual and official capacity but failed to elaborate properly the conduct of the defendants in the violation of law alleged.

2 - Since the filing of the complaint all the defendants has been sued in their individual

and official capacity, and of the relief requested an amended new complaint is necessary to reflect the identity and actions of each defendants so the court would have a clear understanding of the personal role of the defendants and not to elucidate the necessary facts that the plaintiff seek to establish by documents, affidavits, and testimony that will supports his version of the case and as to each claims on which he bear the burden of proof.

This court should grant leave freely to amend a complaint. Forman v. Davis 371 U.S. 178, 182, 83 S. Ct. 227 (1962); Interroyal Corp v. Sponseller 889 F. 2d. 108 (6th Cir) Certified denied, 494 U.S. 1091 (1990).

Respectfully Submitted

Leo Felix Charles
Plaintiff

2

## Certification

This is to certify that a copy of the foregoing was mailed, postage, pre-paid on this 27th day of February 2004 to:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By the Plaintiff

Leo Felix Charles
#193138
Northern C.I
287 Bilton Road
P.O. Box 665
Somers, Ct 06071

3