UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

|  |  |  |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER<br>CIVIL NO. 3:02CV1341 (GLG)(WIG) |
| v. | : |  |
| JACK MALEH, ET AL. | : | APRIL 6, 2004 |

**DEFENDANTS' MOTION FOR EXTENSION OF TIME TO
FILE THEIR MOTION FOR SUMMARY JUDGMENT**

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request an extension of time to file their Motion for Summary Judgment. In support thereof, the defendants submit as follows:

A.   According to the Court's Scheduling Order dated December 19, 2003, all motions for summary judgment shall be filed within four months (120 days) of the date of the order.

B.   The defendants intend to file a motion for summary judgment and submit that many, if not all, of the plaintiff's claims should be dismissed as a matter of law.

C.   On February 27, 2004, the plaintiff filed a Motion for Leave to File an Amended Complaint. The plaintiff attached his proposed complaint which contains greater than 300 paragraphs and includes nearly 100 attachments.

D.   It is unclear whether plaintiff's motion for leave to amend his complaint has been granted. Accordingly, it is premature to compel the filing of a dispositive motion.

E.   The plaintiff, a pro se inmate, has not been consulted by the undersigned concerning this request.

F.    This is the first motion for extension of time filed by the defendants concerning the filing of a dispositive motion.

WHEREFORE, the defendants request that the Court issue a new scheduling order to address the issues detailed above.

                    DEFENDANTS
                    Jack Maleh, et al.

                    RICHARD BLUMENTHAL
                    ATTORNEY GENERAL

BY:    /s/_____
       Matthew B. Beizer
       Assistant Attorney General
       110 Sherman Street
       Hartford, CT  06105
       Federal Bar #ct16304
       E-Mail:  matthew.beizer@po.state.ct.us
       Tel.: (860) 808-5450
       Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April, 2004:

Leo Felix Charles # 193138
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT  06071

                    /s/_____
                    Matthew B. Beizer
                    Assistant Attorney General