UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEO FELIX CHARLES : | |
| : | PRISONER |
| v. : | Case No. 3:02CV1341(GLG)(WIG) |
| : | |
| JACK MALEH, et al. : | |

**RULING AND ORDER**

Pending are plaintiff's motion for leave to amend and defendants' motion for extension of time to file a motion for summary judgment.

Plaintiff seeks leave to file an amended complaint to "reflect the identity and actions of each defendants" and provide the court "a clear understanding of the personal role of the defendants." The proposed amended complaint consists of 117 pages with 98 exhibits. The exhibits primarily consist of documents intended to demonstrate how plaintiff exhausted his administrative remedies with regard to his claims. This case has been pending for nearly two years and the time for discovery has been completed. Plaintiff does not indicate in his motion why he waited so long to amend his complaint.

Rule 8(a), Fed. R. Civ. P., provides that a complaint "shall contain . . . a short and plain statement of the claim showing that the pleader is entitled to relief . . . ." Plaintiff is not required to include all details of each claim in the complaint. He may present detailed evidence in support of his claim at trial or in opposition to a motion for summary judgment. For example, should defendants raise failure to exhaust administrative remedies in a motion for summary judgment, plaintiff can file his evidence demonstrating exhaustion in

opposition to that motion.

The court concludes that permitting plaintiff to file a lengthy amended complaint at this time is not necessary and will delay the resolution of this case. Thus, plaintiff's motion for leave to amend [**doc. #35**] is **DENIED**.

In light of the motion to amend, defendants seek an extension of time to file a motion for summary judgment in this case. Defendants' motion [**doc. #36**] is **GRANTED**. Defendants shall file their motion for summary judgment within 45 days from the date of this order.

**SO ORDERED** at Bridgeport, Connecticut, this 28th day of April, 2004.

                                              */S/ William I. Garfinkel*
                                              WILLIAM I. GARFINKEL
                                              UNITED STATES MAGISTRATE JUDGE