United States District Court
District of Connecticut

**FILED**
2004 MAY 12 P 5:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Leo Felix Charles

CIV NO. 3:02CV1341(GLG)(WIG)

V

Jack Maleh, Et AL.          April 30, 2004

## Plaintiff Motion To Compel Discovery

The plaintiff moves pursuant to Rules 33(a), 34(b) and 37(a) Federal Rules of Civil Procedures, for an order compelling the defendants to answer the Interrogatories request and to produce for inspection and copying the documents requested on Febuary 19, 2004.

Respectfully Submitted

Leo Felix Charles
Prose Plaintiff

## Certification

I hereby certify that a copy the foregoing was mailed to the following on this 30th day of April 2004

Matthew B. Biezer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By

Leo Felix Charles
Prose, Plaintiff
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410