United States District Court
District of Connecticut

FILED
2004 MAY 12 P 5:15
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Leo Felix Charles            Civil No. 3:02CV1341(GLG)(WIG)
      v
Jack Maleh, Et Al.           April 30, 2004

Plaintiff Affidavit in Support of Motion to Compel

Leo Felix Charles, being duly sworn, deposes and says:

1 — I am the plaintiff in this case. I make this affidavit in support of my motion to compel discovery.

2 — On January 14, 2004, I served on the defendants counsel a request for Interrogatories & Production of documents, which is attached to this affidavit as Exhibit 1.

3 — Defendants did not respond to this request but wrote plaintiff a letter informed him that he is unable to draft responses to plaintiff document. And that if plaintiff want to redraft his request

in compliance with the Federal Rules of Civil Procedure, that he will respond accordingly. A copy of the letter is attached to this affidavit as Exhibit 2.

4- On February 19, 2004 Plaintiff redraft his requests in accordance with Federal Rules of Civil Procedure and submitted it to defendants counsel for responses. A copy of the redraft document request for Interrogatories & Production is attached to this affidavit as Exhibit 3.

5- Defendants did not respond to the redraft request after 30 days, nor did they request an adjournment from the court or seek my agreement to an adjournment.

6- On April 13, 2004, I wrote to the defendants counsel pointing out that their responses were 54 days late and requesting that they respond by the end of the month. A copy of my letter is attached to this affidavit as Exhibit 4.

2

7- Defendants counsel did not respond to my letter. Instead on April 19, 2004, I received a Motion dated April 6, 2004 titled: Defendants Motion for Extension of Time to File their Summary Judgment. A copy of the defendants Motion for Extension of time received is attached to this affidavit as Exhibit 5.

8- I wrote to defendants counsel on April 23, 2004, in an attempt to resolve the dispute informally as required by local Rule of this courts and requesting that they respond by the end of this month. Two months and eleven days late, defendants counsel has not responded to my requests for Interrogatories, Production of documents, and my letter. A copy of my letter is attached to this affidavit as Exhibit 6.

9- Defendants responses to my Interrogatories and Production of documents are waived as a result of their failure to make them in a timely manner, as set forth in the Memorandum of law accompanying this motion

3

10 _ The plaintiff has in good faith conferred with defendants counsel in an effort to resolve the dispute without court action. But defendants counsel refusal to cooperate is without merit as set forth in the Memorandum of Law accompanying this motion.

Wherefore, the plaintiff requests that the Court grant this motion in all respects.

By
*Leo Felix Charles*
Pro Se Plaintiff

The undersigned declares under penalty of Perjury that he is the plaintiff in the above captioned matter, that he has read the above Affidavit and the information contained in the Affidavit is true and correct to the best of his knowledge and belief 28 U.S.C. 1746, 18 U.S.C 1621

*Leo Felix Charles*
Pro Se Plaintiff

4

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of April 2004

Matthew B. Biezer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
Pro se Plaintiff
900 Highland Avenue
Cheshire, CT 06410

5