To:
Matthew B. Biezer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

From
Leo Felix Charles
900 Highland Avenue
Cheshire, Ct 06410

April 13, 2004

EXHIBIT 4

RE: Charles v. Maleh 3:02CV1341 (GLG)(WIG)

Dear Attorney Biezer

Please take notice that you are 54 days late to respond to my request for Interrogatories and Production of documents. I would appreciate very much if I could have an answer by the end of this month so that Motion to Compel would not be necessary.

Thank you very much for your collaboration in this foregoing matter

Sincerely yours
Leo Felix Charles
Prose Plaintiff


EXHIBIT 5

## UNITED STATES DISTRICT COURT
## DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER<br>CIVIL NO. 3:02CV1341 (GLG)(WIG) |
| v. | : | |
| JACK MALEH, ET AL. | : | APRIL 6, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the undersigned defendants request an extension of time to file their Motion for Summary Judgment. In support thereof, the defendants submit as follows:

A. According to the Court's Scheduling Order dated December 19, 2003, all motions for summary judgment shall be filed within four months (120 days) of the date of the order.

B. The defendants intend to file a motion for summary judgment and submit that many, if not all, of the plaintiff's claims should be dismissed as a matter of law.

C. On February 27, 2004, the plaintiff filed a Motion for Leave to File an Amended Complaint. The plaintiff attached his proposed complaint which contains greater than 300 paragraphs and includes nearly 100 attachments.

D. It is unclear whether plaintiff's motion for leave to amend his complaint has been granted. Accordingly, it is premature to compel the filing of a dispositive motion.

E. The plaintiff, a *pro* *se* inmate, has not been consulted by the undersigned concerning this request.

F. This is the first motion for extension of time filed by the defendants concerning the filing of a dispositive motion.

WHEREFORE, the defendants request that the Court issue a new scheduling order to address the issues detailed above.

DEFENDANTS
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 6th day of April, 2004:

Leo Felix Charles # 193138
Northern Correctional Institution
287 Bilton Road
P.O. Box 665
Somers, CT 06071

_____
Matthew B. Beizer
Assistant Attorney General

2

To:
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

From
Leo Felix Charles #193138
900 Highland Avenue
Cheshire, CT 06410


EXHIBIT 6

April 23, 2004

RE: Charles v. Maleh 3:02CV1341 (GLG)(WIG)

Dear Attorney Biezer

On April 19, 2004, I received a Motion dated April 6, 2004 titled: Defendants Motion For Extension of Time to File their Motion For Summary Judgment. How could it be conceivable to File For Summary Judgment when the defendants refused to answer my request For Interrogatories and Motion For Production of documents. This is a clear violation of the discovery under the Federal Rules of Civil Procedure. Attorney Biezer you know what you're doing ins't ethical. Although I'm not in a position to talk about ethic with you because it is not my Field. But at least show some respect For the Court. Cause we have two Fine Judges and most respected on the Bench assigned to this case. What do you think would be their reaction when you refused to answer my request For

Interrogatories, Production of documents and then File for Summary Judgment. You think they are going to be impressed of a sophisticated Attorney trying to prey on an inexperienced prose litigant. Attorney Biezer, I cannot stop you from Filing for Summary Judgment. But before you do, I have to tell you that I think you're making a big mistake if you go ahead. I know you are thinking of the defendants interests, which is commendable, but I can't imagine how you're going to be able to File for Summary Judgment without answering discovery motions, interrogatories and so on.

Attorney Biezer, why all this fanfare? Please hold your horses and cut that mind game, manipulation, dominion and control, I would tolerate no disrespect. Attorney Biezer, you're not going to like what I'm about to say, but I see it as the only way to have an answer on my request for Interrogatories, Production of documents. If you File for Summary Judgment, I will move the Court for a stay from answering your motion until my request for Interrogatories, Production of documents, Admission and after I have taken live Deposition of each defendants and significant witnesses and if necessary additional Interrogatories and Admission. Then you will have an answer to your Summary Judgment

Motion. In case the Court ordered me to answer your Summary Judgment Motion without completing discovery, I will do so and your Summary Judgment Motion will have a 6 letters words Ruling "Denied". Then we will go for trial. When we go to trial without completing discovery and if I lost trial, I will appeal and the Court of Appeals will reverse and we will be back to Square one. Therefore, this is my last notice requesting an answer from the defendants on my Motion for Interrogatories, Production of documents and to please let the case follow its course according to Federal Rules of Civil Procedure.

With all my Respects
Les Felix Charles
Pro se Plaintiff