**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  | PRISONER |
|---|---|---|
| LEO FELIX CHARLES | : | CIVIL NO. 3:02CV1341 (GLG)(WIG) |
| v. | : | |
| JACK MALEH, ET AL. | : | JULY 19, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME
### TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendants request a forty-five (45) day extension of time to file their motion for summary judgment. In support thereof, the defendants submit as follows:

A.    According to the Court's Order dated July 14, 2004, the defendants are compelled to respond to all outstanding discovery and file their motion for summary judgment by August 3, 2004.

B.    Due to the fact that several of the defendants do not work for the Connecticut, Department of Correction, the undersigned has been delayed in responding to plaintiff's discovery and in preparation of the motion for summary judgment.

C.    In his complaint, the plaintiff sets forth various allegations which will require a fairly lengthy motion for summary judgment. Nevertheless, for many reasons, including judicial economy, summary judgment is indicated.

D.    The plaintiff is an inmate who seeks monetary damages and as such, will not be prejudiced by the granting of this motion.

E.      This is the second motion for extension of time filed by the defendants for purposes of filing a motion for summary judgment.

F.      The plaintiff, a pro se inmate, has not been consulted by the undersigned concerning this request.

WHEREFORE, the defendants request a forty-five day (45) day extension of time, up to September 18, 2004, to file their motion for summary judgment.

DEFENDANTS
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY:      &#95;&#95;&#95;/s/&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

**CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 19th day of July, 2004:

Leo Felix Charles # 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire,  CT  06410

&#95;&#95;&#95;&#95;&#95;/s/&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;&#95;
Matthew B. Beizer
Assistant Attorney General