UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| | | PRISONER |
| LEO FELIX CHARLES | : | CIVIL NO. 3:02CV1341 (GLG)(WIG) |
| v. | : | |
| JACK MALEH, ET AL. | : | JULY 27, 2004 |

## DEFENDANTS' NOTICE OF COMPLIANCE
## WITH PLAINTIFF'S DISCOVERY REQUESTS

The undersigned defendants hereby provide formal notice to the Court that they have responded to all of plaintiff's discovery requests, including Interrogatories, Request for Admissions, and Request for Production.

DEFENDANTS
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: \_\_\_\_/s/_____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT  06105
Federal Bar #ct16304
E-Mail:  matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 27th day of July, 2004:

Leo Felix Charles # 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____/s/_____
Matthew B. Beizer
Assistant Attorney General