United States District Court
District of Connecticut

FILED
2004 AUG -6 P 4: 39
U.S. DISTRICT COURT

Leo Felix Charles
Plaintiff

Civil No. 3:02CV1341(AWT)(WIG)

v

Jack Maleh, & Al

July 30, 2004

Plaintiff Objection To Defendants Motion Notice Of Compliance To Plaintiff Discovery Requests

The plaintiff in the above captioned matter object to the defendants Formal Notice of Compliance submitted to this Court on all of the plaintiff discovery requests, including Request For Admission, Interrogatories and Request For Production. In support of this objection the plaintiff states as Follow:

1 — As indicated in the Motion to Compel Discovery, and by Court orders signed by Judge William I Garfinkel on July 14, 2004 Compelling the defendants to all outstanding discovery. The defendants

Fails to make disclosure in accordance with the plaintiff requests as required by Rule 33, 34 and 36 Federal Civil Rule Procedure.

2. Despite being directed to do so by the Court, the attorney for the defendants willfully and deliberately served a response objecting to the production of any of the materials sought and provide plaintiff with false, misleading or incomplete disclosure, answer or response and claims that disclosure, answer and response may impact on Institutional security, which the plaintiff treated as a failure to Disclose, Answer or Respond. A copy of the defendants objection is attached with the plaintiff Request for Production as (Exhibit 1) Request for Admission as (Exhibit 2) and Request for Interrogatories as (Exhibit 3).

3. The Attorney for the defendants deliberately committed Fraud in an attempt to manipulate this Court by filing a formal Notice of Compliance to the Court when the defendants has not responded to plaintiff discovery after being directed by this Court to do so.

4- Based on the foregoing, the plaintiff respectfully request the Court for a hearing so he may be heard as to the defendants failure to comply with the Court orders or in the alternative to enter a default Judgment in favor of plaintiff and against the defendants for their failure to obey the Court orders to answer the Plaintiff Request for Production, Request for Admission and Request for Interrogatories as Required by Rule 33, 34 and 36 Federal Civil Rule Procedure.

Wherefore, the plaintiff Motion Objection to defendants Motion Notice of Compliance should be granted in all respects.

Respectfully Submitted

Leo Felix Charles
Pro Se Plaintiff

3

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of July 2004 to:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By

Leo Felix Charles
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Ct 06410

4