UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

FILED
2004 AUG -6  P 4:39
U.S. DISTRICT COURT

__Leo Felix Charles__
Name of Plaintiff/Petitioner

v.

Case No. 3:02CV1341 (AWT)(WIG)

__Jack Maleh, Et Al__
Name of Defendant/Respondent

## MOTION FOR APPOINTMENT OF COUNSEL

PERSONAL/FINANCIAL DATA

1. Your full name: __Leo Felix Charles__

   Your present mailing address: __900 Highland Avenue, Cheshire, Connecticut 06410__

   Telephone number: ( )

2. Are you presently employed? YES ___ NO __X__

3. If your answer to #2 is YES, please provide the name and address of your employer and the amount of your usual weekly earnings. _____

   Weekly earnings: _____

4. If you are not presently employed, please provide the name and address of your last employer, the date (approximate) that you last worked, and the amount of weekly earnings you were receiving. __N/A__

Date last worked: _____N/A_____

Weekly earnings: _____N/A_____

5. Approximately how much money have you received in the past twelve months in the form of:
   a) salary, wages, commissions, or earned income of any kind? ____0____
   
   b) interest, dividends, rents or investments of any kind? ____0____
   
   c) gifts or inheritances of any kind? ____0____

6. How much money do you have in any checking or savings account(s)?
   
   Checking: ____0____
   
   Savings: ____0____
   
   Prison account: ____0____

7. Do you own any real estate, stocks, bonds, notes, automobiles, boats, or other valuable property (excluding household items and clothing)? YES ___ NO _X_
   
   If YES, describe the property and state the approximate value: _____

8. How much money do you owe others? $220.00
   
   For each debt, state the name of the creditor and the amount owed:
   
   | CREDITOR | AMOUNT OWED |
   |---|---|
   | U.S. District Court | $220.00 |

2

9.  List the persons who depend upon you for support, and state your relationship to them.

    _N/A_

10. Are there any persons regularly residing in your household who are over the age of 18 and who are presently employed? YES ___ NO ___

    If the answer is YES, please provide the following information for each such person:

    Name: _N/A_

    Relationship: _N/A_

    Employer: _N/A_

    Weekly Earnings: _____

11. Include any other information which supports your claim that you cannot financially afford to employ an attorney. _See plaintiff Affidavit as Exhibit 1_

### NATURE OF YOUR CLAIM

12. Describe in your own words the nature of the claim which you are presenting to the court in your complaint/petition. _See Affidavit and Memorandum of Law_

(Additional space on next page)

_____

_____

_____

_____

_____

### EFFORTS TO OBTAIN AN ATTORNEY
The Court strongly suggests that you contact a minimum of three attorneys.

13. Have you spoken with any attorney about handling your case? YES X  NO __

14. If your answer to #13 is YES, please provide the following information about each attorney with whom you spoke:

   a) Attorney's name _See Exhibit 1 to 24 attached_

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

   b) Attorney's name _____

   Date you contacted this attorney _____

   Method of contact (in person, by telephone, etc.) _____

   _____

   Reason why attorney was not employed to handle your case _____

   _____

4

c)  Attorney's name ~~_____~~

Date you contacted this attorney ~~_____~~

Method of contact (in person, by telephone, etc.) _____

_____

Reason why attorney was not employed to handle your case _____

_____

15. Explain any other efforts you have made to obtain an attorney to handle your case.

See Affidavit and Memorandum of Law submitted with this motion

16. Please provide any other information which supports your application for the court to appoint counsel.

See Affidavit and Memorandum of law with Exhibit attached with this motion

17. Do you need a lawyer who speaks a language other than English?
    YES ___  NO _X_

   If you answered YES, what language do you speak? _____

I declare under the penalties of perjury that my answers to the foregoing questions are true to the best of my knowledge.

I understand that if I am assigned a lawyer and my lawyer learns, either from myself, or elsewhere, that I can afford a lawyer, the lawyer may give this information to the court. See Local Rule 29(b)(4) and (g).

I understand that if my answers on my application to proceed in forma pauperis and/or on this application for appointment of counsel are false, my case may be dismissed. See 28 U.S.C. §1915(e).

I hereby waive my privilege of attorney-client confidentiality to the extent necessary for my appointed attorney to make an application to be relieved from appointment as provided in Local Rules 29(c) and (d).

I understand that filing this motion does not excuse me from litigating my case, and that it is still my responsibility to have the defendants served with process in accordance with Rule 4 of the Federal Rules of Civil Procedure, if I have not already done so. I also understand that filing this motion does not stay this case and does not excuse me from responding to any motion filed by the defendants.

July 30, 2004
Date

*Leo Felix Charles*
Original Signature of Movant

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of July 2004 to

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
900 Highland Avenue
Cheshire, CT 06410

7