EXHIBIT
**1**

United States District Court
District of Connecticut

Leo Felix Charles
          Plaintiff

          v

Jack Maleh, Et Al
     Defendants

Civil No 3:02CV1341(AWT)(WIG)

July 30, 2004

Affidavit In Support Of The Plaintiff
Motion For The Appointment Of Counsel

Leo Felix Charles, being duly sworn, deposes and says:

1_ I am the plaintiff in the above entitled
case. I make this affidavit in support of my
motion for the appointment of counsel.

2_ The complaint in this case alleges that
the plaintiff was denied necessary medical
care for serious injury, denial of dental
treatment, Discrimination, Conspiracy, denial
of due process at disciplinary hearing, denial
of telephone access, retaliation, involuntari-
ly medicated with psychotic drugs and wrongful
placement in Mental prison Unit Block.

3. This is a complex case because it contains several different legal claims, with each claim involving a different set of defendants.

4. The case involves medical issues that may require expert testimony.

5. The plaintiff has demanded a Jury Trial.

6. The case will require discovery of documents, and the presentation of a great number of witnesses.

7. The testimony will be in sharp conflict, since the plaintiff alleges that the defendants denied him medical and dental treatment, while the defendants in their defense asserted that they provided treatment.

8. The plaintiff has no legal education and the defendants refuse to answer the plaintiff discovery. Despite being ordered by the Court to do so.

2

9- The plaintiff has contacted several Attorney hoping to take the representation, but to no avail. (Exhibit 1 to 24)

10- The plaintiff is serving a Sentence illegaly in Protective Custody. For this reason he has very limited access to legal materials and has no ability to investigate the facts of the case.

11- The plaintiff legal Courts Materials has been Confiscated by Department of Correction staff, and they refused to return to plaintiff his pending legal courts materials.

12- There is no law library in Protective Custody where the plaintiff is serving the illegal sentence except two cabinets with few of all books dating back from 1940 with no Federal books. For this reason plaintiff is unable to do researches and present his case to the Court with the limited knowledge that he possesses.

3

13. As set forth in the Memorandum of Law submitted with this Motion, these facts, along with the legal merit of the plaintiff claims, support the appointment of counsel to represent the plaintiff.

Wherefore, the plaintiff motion for the appointment of counsel should be granted.

Respectfully submitted
Leo Felix Charles

Declaration Under Penalty of Perjury

I Leo Felix Charles, declares under penalty of perjury that I am the maker of this affidavit and that the information contained in the affidavit is true and correct to the best of my knowledge and belief 28 U.S.C. 1746, 18 U.S.C. 1621

Leo Felix Charles
Prose Plaintiff

4

# Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 30th day of July 2004 to:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By

Leo Felix Charles
900 Highland Avenue
Cheshire, Ct 06410

5

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution

**LEGAL PHONE CALLS
REQUESTED BY INMATE**

EXHIBIT
**1**

Date: _January 6, 2004_

Housing Unit: ~~3-West~~ _1 West_          Cell # _220_

TO: (CTO)/Counselor
_Barme_

Inmate Name and Number _Leo Felix Charles #193138_

_Tegan Blackburn 9 Avonwood Road._
_Avon, Ct 06001_

Attorney and/or Law Firm Name and Phone Number

_Phone Number: (860) 676-2500_

on _Thursday_                _8, 2004_          _10:00 AM_
        **Day**                    **Date**              **Time**

☐ Call Completed    _____    _____
                            **Date**                    **Time**

☒ Call not Completed  _1/8/04_          _930 am_
                            **Date**                    **Time**

_____  _J_  _____  _1/8/04_
    **Staff Signature**                          **Date**

Rev. 3/3/98                                      Legiphn2.fwm

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution



EXHIBIT
2

## LEGAL PHONE CALLS
## REQUESTED BY INMATE

Date: _January 6, 2004_

Housing Unit: ~~3-West~~  1-West          Cell # _220_

TO:    CTO/Counselor

Inmate Name and Number  _Leo Felix Charles_

___

Attorney and/or Law Firm Name and Phone Number

_Tegan Blackburn    9 Aunm Wood Road_
on _Tuesday_      Phone: _(860) 676-2500_      _20_      _2004_
         Day                              Date          Time

☒ Call Completed  _1/20/04_          _9 30 am_
                      Date                 Time

☐ Call not Completed  _____        _____
                           Date                 Time

_____          _1/20/04_
Staff Signature                      Date

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution

**EXHIBIT 3**

## ~~LEGAL PHONE CALLS~~
## REQUESTED BY INMATE

**Date:** _Febuary 2, 2004_

**Housing Unit:** ~~3-West~~ _1-East_  **Cell #** _116-B_

**TO:** CTO/Counselor

**Inmate Name and Number** _Les Felix Charles # 193138_

_Pepe & Hazard (860) 522-5175_
**Attorney and/or Law Firm Name and Phone Number**

on _Monday_ _2/9/04_ _9:30 AM_
    **Day**         **Date**         **Time**

☑ **Call Completed** _2/9/04_ _9:30 am_
                  **Date**      **Time**

☐ **Call not Completed** _____ _____
                     **Date**      **Time**

_____ _as_ _2/9/04_
**Staff Signature**        **Date**

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution

**EXHIBIT**
**4**

## LEGAL PHONE CALLS
## REQUESTED BY INMATE

Date: _Febuary 17, 2004_

Housing Unit: ~~3 West~~ _1 - East_     Cell # _116-B_

TO:   CTO/Counselor

Inmate Name and Number _Leo Felix Charles # 193138_

_Evans, Feldman & Boyer (203) 772-4900_
Attorney and/or Law Firm Name and Phone Number

on _Monday_                _2/23/04_        _9:30 AM_
        Day                    Date            Time

☒ Call Completed     _2/23/04_           _930 am_
                    Date                    Time

☐ Call not Completed _____        _____
                    Date                    Time

_____           _2/23/04_
Staff Signature                    Date

**LAW OFFICES
OF
SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

February 23, 2004

Leo Felix Charles
#193138
Northern C.I.
P.O. Box 665
Somers, CT 06071

Dear Mr. Charles:

I am writing in response to your letter to Inmates' Legal Assistance Program (ILAP), received on February 9, 2004, regarding your request for assistance with a 1983 civil rights action. You enclosed a copy of the court's ruling on the defendants' motion to dismiss and you request case law and other documents relative to your case.

This ruling by the court has nothing to do with the factual and legal merits of your case. The court only ruled on the issue exhaustion of administrative remedies. Before ILAP can assist you with your case, we would need for you to provide sufficient evidence in support of your factual and legal claims. Once you do so, an ILAP staff attorney will review your documents and decide whether or not you have a prima facie case with which we can provide legal assistance.

At this point in time, you have not provided any such evidence. Therefore, we cannot assist you with this matter.

I am returning your documents. I made an extra copy for your ILAP file.

Very truly yours,

Michael A. Rubino, Jr.

MAR/ms
Enclosures



EXHIBIT
6

FREE POSTAGE

Charles Leo #193138
Northern Correctional Inst.
287 Bilton Road
P.O. Box 665
Somers, Ct 06071

THIS CORRESPONDENCE ORIGINATED
FROM AN INMATE AT A
CONNECTICUT CORRECTIONAL FACILITY

Mr. Craig A. Raulding & Huber
Attorney's At Law
266 Pearl Street
Hartford, Ct 06103

10.20.04

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution

## LEGAL PHONE CALLS
### REQUESTED BY INMATE

EXHIBIT

**7**

Date: _March 3, 2004_

Housing Unit: ~~8-West~~   1-West          Cell # _224_

TO: (CTO)/Counselor

_Peterson_

Inmate Name and Number _Leo Felix Charles #193138_

_Halloran & Sage_

_One Goodwin square, Hartford  Phone (860) 522-6103_
Attorney and/or Law Firm Name and Phone Number

On _Monday_                    _March 8, 2004_        _9:30 AM_
Day                              Date                  Time

☒ Call Completed      _3-8-04_              _900_
                        Date                  Time

☐ Call not Completed  _____          _____
                        Date                  Time

_____              _3-8-04_
Staff Signature                           Date

CONNECTICUT DEPARTMENT OF CORRECTION
Northern Correctional Institution

## LEGAL PHONE CALLS
### REQUESTED BY INMATE

EXHIBIT
**8**

Date: March 5, 2004

Housing Unit: 3-West    1-west    Cell # 224

TO: CTO/Counselor

Inmate Name and Number _Leo Felix Charles_

Hebb & Gitlin
ONe state street Hartford. Phone (860) 240-2700
Attorney and/or Law Firm Name and Phone Number

on   3 - 8 - 04  ——>
   Day                              Date              9⁴⁵  Time

☒ Call Completed _____    _____
                        Date                    Time

☐ Call not Completed _____    _____
                         Date                    Time

_____
Staff Signature                              Date

EXHIBIT
**9**

LAW OFFICES OF

ROBERT SULLIVAN

ROBERT J. SULLIVAN, JR.
Also admitted in California

190 MAIN STREET
WESTPORT, CONNECTICUT 06880

(203) 227-1404

Telephone (203) 227-1404
Facsimile  (203) 226-6403
Email rjslaw@optonline.net

March 10, 2004

Leo Felix Charles #193138
Northern C.I.
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Dear Mr. Charles:

I am writing in response to your recent letter dated March 9, 2004.

Thank you very much for considering this office in connection with your lawsuit. Unfortunately, this office is not in a position to provide assistance to you in this matter.

**PLEASE BE ADVISED THAT THERE ARE STATUTES OF LIMITATIONS WHICH COULD CAUSE YOU TO LOSE ANY RIGHT YOU MAY HAVE TO SUE IF YOU DO NOT ACT QUICKLY.  YOU SHOULD RESEARCH THE APPROPRIATE STATUTES, OR IMMEDIATELY HIRE COUNSEL TO HELP YOU IN THAT REGARD. NOTHING IN THIS LETTER SHOULD  BE  CONSTRUED  AS  AN  EFFORT  TO  COUN SEL  YOU  WITH RESPECT TO THE STATUTE OF LIMITATIONS.  I HAVE, IN FACT, NOT LOOKED INTO THE STATUTE OF LIMITATIONS AS IT RELATES TO YOUR CLAIM.**

I wish you well in your endeavors.

Sincerely,

Robert J. Sullivan, Jr.

RJS:dee
Enclosures

EXHIBIT **10**

# ROBINSON & COLE LLP

CRAIG A. [

280 Trumbull Street
Hartford, CT 06103-3597
Main (860) 275-8200
Fax (860) 275-8299
craabe@rc.com
Direct (860) 275-8304

March 11, 2004

Mr. Charles Leo
# 193138
Northern CI
287 Bilton Road
PO Box 665
Somers, CT  06071

Dear Mr. Leo:

I recently received the correspondence that you sent to my law firm and your request
that my firm represent you.  This letter is to advise you that we will not represent you
in your matter.  I am returning your materials to you.

Most sincerely,

Craig A. Raabe

CAR/dk
Enc.



*Law Offices*

BOSTON

HARTFORD

NEW LONDON

STAMFORD

GREENWICH

NEW YORK

SARASOTA

*www.rc.com*


EXHIBIT
11

Inmate Name *Les Felix Charles*
Inmate Number *143138*
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410

APPROVED

*Privileged*
*Correspondence*
*(Legal Mail)*

This correspondence originated
from an inmate at a
Connecticut correctional facility

TO:
Law Offices oF
Fabiani, Kone & Mc.Graw P.C.
174 ct. to street
M.

NB5 37

UNITED STATES POSTAGE

$ 00.370
02 1A   MAY 10 2004
0004348066
MAILED FROM ZIP CODE 06410

1017 1   09   05/26/04

NIXIE

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

EXHIBIT

*12*

# Koskoff
# Koskoff
# &
# Bieder PC

March 22, 2004

Law Offices

P.O. Box 1661
Bridgeport, CT 06601

350 Fairfield Avenue
Bridgeport, CT 06604

(203) 336-4421
FAX (203) 368-3244

e-mail: kkb@koskoff.com
www.koskoff.com

Theodore I. Koskoff
  (1913-1989)
Michael P. Koskoff
Richard A. Bieder *
Joel H. Lichtenstein
John D. Jessep
Christopher D. Bernard *
Carey B. Reilly
James D. Horwitz
Vincent M. Musto
Joshua D. Koskoff
Regina M. Murphy
Antonio Ponvert III
Kathleen L. Nastri
Gertrude A. Kiaunis
J. Craig Smith
Lillian C. Gustilo

*Certified Civil Trial Advocate
  National Board of Trial Advocacy

Of Counsel
James Wu, LLC

Paralegals

Linda Grossberg
Barbara Barbiero
Beth Vogler
Diana V. Orozco
Patricia M. Harris
Marge Esposito
Wendy Grosso
Deborah A. Dinan
Diane C. Rivera
Diane L. Zalewski
Terri L. Beatty
Janet E. Mitchell

Legal Mail

Leo Felix Charles
No. 193138
Northern Correctional Institution
287 Bilton Road
Somers, CT  06071

Dear Mr. Charles:

    I received your correspondence dated March 16, 2004.

    Unfortunately, we will not be able to assist you with your case.  I wish you the best of luck.

Sincerely,

Antonio Ponvert III

APIII/sc



# ROSEN & DOLAN, P.C.

ATTORNEYS AT LAW

DAVID N. ROSEN
EDWARD J. DOLAN

400 ORANGE STREET
NEW HAVEN, CONNECTICUT 06511
TELEPHONE (203) 787-3513
FAX (203) 789-1605
e-mail: david.rosen@rosendolan.com

April 6, 2004

Leo Felix Charles #193138
Northern Correctional Institute
287 Bilton Road
P.O. Box 665
Somers, CT 06071

Dear Mr. Charles:

Thank you for your letter. I am sorry to tell you that I will not be able to represent you. Our office schedule will not allow us to take your case.

I wish you the best of luck with your case. I am sorry that we cannot help you.

Sincerely,

David N. Rosen

DNR/mb



# University of Connecticut
## School of Law Legal Clinic



EXHIBIT
14

Legal Clinic

Jon Bauer
*Director of Civil
Clinical Programs
Clinical Professor of Law*

Todd D. Fernow
*Director of Criminal
Clinical Programs
Professor of Law*

Paul Chill
*Clinical Professor of Law*

Timothy H. Everett
*Clinical Professor of Law*

James H. Stark
*Professor of Law
Director, Mediation Clinic*

Diana L. Leyden
*Ass't Clinical Professor
Director, Tax Clinic*

Elizabeth M. McCormick
*William R. Davis
Clinical Fellow*

Louise M. Renock
*Administrative Assistant*

April 13, 2004

Leo Felix Charles
#193138
Cheshire Correctional Institution
900 Highland Ave
Cheshire, CT 06410

RE: Your letter dated 4/5/04; postmarked 4/6/04

Dear Mr. Charles:

Unfortunately the Clinic cannot offer to represent you in the your civil law suit. The Clinic does not do civil rights suits or other cases involving conditions of confinement and other prisoners' rights (paternity, divorce, child support, personal injury). Rather, the Clinic limits its caseload almost entirely to criminal cases in the Connecticut trial courts. Because we have limited personnel and resources, we simply cannot take every kind of case that deserves attention.

I am sorry not to be able to offer you further help in this matter. You might try Inmate Legal Assistance to Prisoners, 38-40 Hungerford Street, Hartford, CT 06106, telephone 251-7190.

Sincerely,

*Timothy H. Everett*

Timothy H. Everett
Clinical Professor of Law

*An Equal Opportunity Employer*

65 Elizabeth Street
Hartford, Connecticut 06105-2290

Telephone: (860) 570-5165
Facsimile: (860) 570-5195
e-mail: lrenock@law.uconn.edu





# CCLU

## Connecticut Civil Liberties Union Foundation

32 Grand Street • Hartford, CT 06106
860-247-9823 • Fax: 860-728-0287

May 3, 2004

Leo Charles #193138
Northern Correctional Institution
287 Bilton Road
Somers, CT 06071

Dear Mr. Charles,

Thank you for your recent letter. Due to funding and staffing limitations, we are not longer able to personally respond to each letter we receive.

Unfortunately, the Connecticut Civil Liberties Union still does not have staff available to investigate or respond to individual inmate legal complaints. Requests for legal assistance should be directed to Inmates Legal Assistance, P.O. Box 260237, Hartford, CT 06126.



EXHIBIT

**16**



# Inmate Request Form
## Connecticut Department of Correction

N 9602.
Rev. 1/8/02

| | |
|---|---|
| **Inmate Name** _Leo Felix Charles_ | **Inmate no.** _193138_ |

| **Facility** _Cheshire Correctional Inst_ | **Housing unit** _NB-537_ | **Date** _May 10, 2004_ |
|---|---|---|

**Request** _Counselor Hadlock, I would like to make a Phone call to Attorney Lasala at 168 Bradley Street New Haven ct 06505. The Phone number is: (203) 785-8929. I would like to have your signature applied in this request as proof to show the Court when the call was completed. Thank you very much for your collaboration in this matter._

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

| **Submitted to** | **Date** |
|---|---|

**Acted on by**

**Action Taken and/or Response**

_Completed 5/10/04_

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**





# Inmate Request Form
## Connecticut Department of Correction

N 9602.
1/8/02

**Inmate Name** *Leo Felix Charles*

**Inmate no.** *193138*

**Facility** *Cheshire Correctional Inst.*

**Housing unit** *NB-537*

**Date** *May 10, 2004*

**Request** *Counselor Hadlock, I would like to make a Phone call to Attorney Paul R. Kraus. The Phone number is: 867-4088. I would like to have your signature in this request to show the Court when the call was completed. Thank you very much for your collaboration in this matter.*

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Submitted to**

**Date**

**Acted on by**

**Action Taken and/or Response**

*Completed 5/11/04*

(continue on back if necessary)

**Response to Inmate Date**

**Staff Member Signature**

EXHIBIT

**18**

LAW OFFICES OF

# FRANK J. RICCIO, LLC

P.O. BOX 491 • BRIDGEPORT, CT 06601-0491 • (203) 333-6135
TELECOPIER: (203) 333-6190

FRANK J. RICCIO*
FRANK J. RICCIO, II

OFFICE LOCATION:
923 EAST MAIN STREET
BRIDGEPORT, CT 06608-1914

*ADMITTED: CT & NY
BOARD CERTIFIED
CRIMINAL TRIAL ADVOCACY

May 17, 2004

Mr. Leo Felix Charles
Inmate # 193138
Cheshire Correctional Institute
900 Highland Avenue
Cheshire, CT 06410

Dear Sir:

Thank you for your letter dated May 11th.

Although I am way over my quota for pro bono cases if you could let me know where it is pending, (hopefully, it's not Hartford), I will go to the court house and read the file and make an election as to whether or not it is something I want to add on top of the burden I already have.

You don't necessarily have to waste the time of writing back because I know time is precious, but if you could call a family member and have him give me the docket number and the court location, I'll quickly look at it and get back to you as soon as possible.

Very truly yours,

Frank J Riccio

FRANK J. RICCIO

FJR/jvg

# Inmate Request Form
## Connecticut Department of Correction



EXHIBIT
**19**

N 9602
9/3/02

Inmate Name _Leo Felix Charles_

Inmate no. _193138_

Facility _Cheshire Correctional Inst_

Housing unit _NB-537_

Date _June 4, 2004_

Submitted to _Counselor Hadlock_

Request _Counselor Hadlock, this is an emergency, may I please make a phone call to Attorney David M. Lesser at New Haven, ct. The phone number is: (203) 787-0135. In the meantime I would like to have your signature in this request for court verification stating when the call was completed. Thank you very much for your collaboration in this matter._

*(continue on back if necessary)*

**Previous Action Taken**

*(continue on back if necessary)*

**Acted on by (print name)**

Title

**Action Taken and/or Response**

*(continue on back if necessary)*

**Staff Member Signature**

Date



EXHIBIT
20

**LAW OFFICES**
**OF**
**SYDNEY T. SCHULMAN**

Administrative Director
Sydney T. Schulman, Esq.

Managing Attorney
Jane Starkowski

**INMATES' LEGAL ASSISTANCE PROGRAM**

Staff Attorneys
Richard P. Cahill
Peter Downs
Jessica J. York
Michael A. Rubino, Jr.
Kenneth J. Speyer
Jenna M. Edmundson

Leo Felix Charles                          March 29, 2004
#193138
Northern C.I.
P.O. Box 665
Somers, CT 06071

Dear Mr. Charles:

    I am writing in response to your letter to Inmates' Legal Assistance Program (ILAP), received on February 27, 2004. You enclosed a copy of an amended complaint relative to your legal claims alleging lack of adequate medical treatment. As I advised you in previous correspondence, you would need to provide our office with sufficient evidence to show that you have a prima facie case before we can provide legal assistance.

    As you know, we are in receipt of your medical records and I have forwarded the same to ILAP's medical person who will review your records to determine whether or not you have been denied any necessary medical provisions.

    Once I receive our medical person's evaluation, I will contact you to advise you as to whether or not you have a prima facie case with which ILAP can provide legal assistance.

       Very truly yours,

       Michael A. Rubino, Jr.

MAR/ms



# Inmate Request Form
## Connecticut Department of Correction



EXHIBIT
**21**

N 9602
9/3/02

**Inmate Name** Leo Felix Charles

**Inmate no.** 193138

**Facility** Cheshire Correctional Inst

**Housing unit** NB-547

**Date** July 21, 2004

**Submitted to** Counselor Hadlock

**Request** Counselor Hadlock, Can you please call me First thing today so I could place a Phone call to Attorney Riscassi & Davis at 131 Oak street Hartford, Ct 06106. the Phone number is: (860) 522-1196. Please I need your signature as Verification for Court as to when the call was completed. Thank you very much?

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

7/22/04

(continue on back if necessary)

**Staff Member Signature**

**Date**



# Inmate Request Form
## Connecticut Department of Correction



EXHIBIT
**22**

CN 9602
Rev. 9/3/02

| Inmate Name | Les Felix Charles | Inmate no. 193138 |
| --- | --- | --- |

| Facility Cheshire Correctional Inst. | Housing unit NB-537 | Date June 1, 2004 |
| --- | --- | --- |

Submitted to _Counselor Hadlock_

Request _Counselor Hadlock, I would like to make a phone call to Attorney Brenner Saltzman & Wallman at 271 Whitney Avenue New Haven, Ct 06511. The phone number is (203) 772-2600. Meanwhile I would like to have your signature in this request as verification for court as to when the call was completed. Thank you very much for your collaboration in this matter_

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

| Acted on by (print name) | Title |
| --- | --- |

**Action Taken and/or Response**

(continue on back if necessary)

| Staff Member Signature | Date |
| --- | --- |



# Inmate Request Form
## Connecticut Department of Correction



EXHIBIT
23

N 9602
9/3/02

**Inmate Name** Leo Felix Charles

**Inmate no.** 193138

**Facility** Cheshire Correctional Inst.

**Housing unit** NB-547

**Date** July 21, 2004

**Submitted to** Counselor Hadlock

**Request** Counselor Hadlock, I would like to make a Phone call to Attorney John H. Gorman at 1444 Buckingham Street Waterbury Ct. 06710. The Phone number is: (203) 575-1153 In the meantime I would like to have your signature in this request as Verification For court as to when the call was completed. Thank you very much!

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**

**Title**

**Action Taken and/or Response**

7/22/04 SK

(continue on back if necessary)

**Staff Member Signature**

**Date**

EXHIBIT
**24**

Inmate Name _Los Felix Charles_
Inmate Number _143135_
Cheshire Correctional Institution
900 Highland Ave.
Cheshire, CT 06410

APPROVED

This correspondence originated
from an inmate at a
Connecticut correctional facility

UNITED STATES POSTAGE
$ 00.37⁰
PITNEY BOWES
02 1A      MAY 10 2004
0004348066
MAILED FROM ZIPCODE 06410

N85   37

TO:
Law Offices OF
Fabiani, Kone & Mc. Graw P.C.
174 State Street
New

1017 1      09  05/26/04

NIXIE

RETURN TO SENDER
NO SUCH NUMBER
UNABLE TO FORWARD
RETURN TO SENDER

Privileged
Correspondence
Legal Mail