UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEO FELIX CHARLES          :
                           :              PRISONER
        v.                 :    Case No. 3:02CV1341(AWT)(WIG)
                           :
JACK MALEH, et al.         :
```

RULING AND ORDER

Plaintiff has filed a motion for appointment of counsel and an objection to the notice of compliance filed by defendants in response to the court's July 14, 2004 order.

The court ordered defendants to respond to all outstanding discovery and they have done so.  Contrary to plaintiff's assumption, the court did not order defendants to provide all requested discovery.  Accordingly, plaintiff's objection [**doc. #44**] is **OVERRULED**.

The Second Circuit repeatedly has cautioned the district courts against the routine appointment of counsel, see, e.g., Hendricks v. Coughlin, 114 F.3d 390, 393 (2d Cir. 1997); Cooper v. A. Sargenti Co., 877 F. 2d 170, 172 (2d Cir. 1989), and requires that before an appointment is even considered, the indigent person must demonstrate that he is unable to obtain counsel.  See Hodge v. Police Officers, 802 F.2d 58, 61 (2d Cir. 1986), cert. denied, 502 U.S. 996 (1991).

Plaintiff has attached to his motion letters from various

law firms declining representation.  In addition, he has provided a letter from Inmates' Legal Assistance Program agreeing to review his case for possible assistance when plaintiff provides documentation of his claims.  Plaintiff does not indicate that he has complied with this request.  Thus, the court cannot conclude that the assistance available from Inmates' Legal Assistance Program is inadequate at this stage of litigation.  Accordingly, plaintiff's motion for appointment of counsel [**doc. #45**] is **DENIED** without prejudice.  Any renewed motion shall to include specific information indicating why the assistance available from Inmates' Legal Assistance Program is inadequate.

In conclusion, plaintiff's objection [**doc. #44**] is **OVERRULED** and his motion for appointment of counsel [**doc. #45**] is **DENIED** without prejudice.

SO ORDERED this 18th day of August, 2004, at Bridgeport.

 /S/ William I. Garfinkel
William I. Garfinkel
U.S. Magistrate Judge