United States District Court
District of Connecticut

Leo Felix Charles     Civil No. 3:02CV1341(AWT)(WIG)

Jack Maleh, Et Al     August 23, 2004

Plaintiff Motion To Order The
Defendants To Return Plaintiff
Legal Materials And Legal Property

Now comes the plaintiff Leo Felix
Charles, pro-se and hereby moves this Court
to order the defendants plus said Dept
of Correction employees to return plaintiff's
Legal Materials and Legal property within
30 days.

In support of this motion the plaintiff
states the following

1— Plaintiff has a 1983 Action pen-
ding in this Court against the defendants.
When plaintiff was transferred to Northern
Correctional Institution, the defendants

and said Dept of Correction employees took plaintiff legal materials and legal property pertaining to the above entitled matter as well as his criminal Habeas and others legal action papers prepared by the plaintiff.

2 — Plaintiff has made several written and oral request to obtain this legal material back and Filed all necessary Administrative Grievance to get this material and legal property back. The defendants and Dept. of Correction employees refused to return plaintiff legal materials by claiming that plaintiff was issued 4 boxes of property upon admission and that one additional box will be issued upon A/S placement. That 6 boxes will be put in storage and 3 of those contain legal and personal papers. (Exhibit 1 and 2)

3 — Plaintiff was then transferred back to Cheshire Correctional Institution. Upon his arrival at Cheshire had Filed a request to obtain this legal Materials as well a grievance. Plaintiff request was

2

never answered and his grievance was returned to him without disposition with Log number 125-04-R-211. (Exhibit 3 and 4)

4. Plaintiff then filed another request demanding the return of his legal materials and legal property. Plaintiff received a response stating that Northern Correctional property officer was contacted, and that he stated he will look, and if there is some property he will have it sent to Cheshire Correctional Institution. (Exhibit 5)

5. Plaintiff still has not received his legal materials. On June 1, 2004, he filed an Emergency grievance to obtain this legal material and legal property. Plaintiff grievance was rejected with IGP No. 125-04-296 (Exhibit 6)

6. After plaintiff was rejected. On June 24, 2004, Plaintiff received 2 boxes of personal property without any of his legal pending Court materials, and wrote a letter to Major Jonathan Hall

demanding the return of his legal materials. Plaintiff received a response on his request advising him to work out this legal materials issue with Captain Saundry (Exhibit 7)

7 — The defendants and Dept of Correction employees refused to return plaintiff legal materials. Plaintiff then wrote a letter to Attorney General Richard Blumenthal which office represent the defendants, and also sent copy of the letter to the defendants Attorney Matthew B. Biezer to seek their assistance in getting said pending legal Court materials return. Plaintiff request letter has fallen on deaf ears (Exhibit 8)

8 — The defendants and Department of Correction employees still refused to return Plaintiff legal materials. On July 19, 2004, plaintiff filed another Administrative grievance to get this legal materials and legal property back. This grievance was denied stating that plaintiff has received all of his legal property when in fact they has not give plaintiff any of the requested materials (Exhibit 9)

4

9 - Plaintiff needs said legal materials so that he can continue to response to defendants motion in this case. Without this legal materials and legal property including his medical File, the defendants and their attorney are well aware that plaintiff cannot respond to the Court in a timely manner.

10 - The plaintiff only resource to get this legal materials and legal property return is to appeal to this Honorable Court to issue and order, ordering the defendants and said Department of Correction employees to return plaintiff legal materials and legal property that is in Storage according to (Exhibit 1 and 2) within 30 days of said order.

Wherefore, the plaintiff prays that this Court will grant this motion and issued said order.

Respectfully Submitted

Felix Charles
Pro se plaintiff

5

# Certification

I hereby Certify that a copy of the foregoing was mailed on this 23th day of August 2004 to the following:

Matthew B. Biezer
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By

Leo Felix Charles #193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, Ct. 06410

Prose Plaintiff

6



EXHIBIT 1



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601 A
Rev. 1/8/02

Inmate Name *Leo Felix Charles*   Inmate no. *193138*

Facility *Northern CI*   Housing unit *1-East 220*   Date *January 7, 2004*

☐ Line grievance   ☒ Line emergency   ☐ Health grievance   ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached. *FORM NCI 050 is attached and pursuant to A.D. 9.6. section "3" paragraph "A" my life is in imminent danger*

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8½ by 11 inch sheet of paper and attach it to this form.) *Since my arrival at Northern C.I. on December 19, 2003, I submitted several requests to Captain Regan Concerning my legal properties confiscated during my admittance. On December 23, 2003 some of my legal properties and some personal items has been delivered to me in 5 Boxes. After getting my legal court documents in order on two of those 5 Boxes delivered. See continuation on Next Page*

3. Action requested. Describe what action you want taken to remedy the grievance. *I demands all legal materials pertaining to these cases immediately so I could prepare the required legal documents and Filing them to prevent the court from dismiss my case.*

Inmate signature *Leo Felix Charles*   *January 7, 2004*

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

GP no. *144.04.288*   T no.

Date received *1.8.04*   Disposition *Denied*   Date of disposition *1/16/04*

Grievance issue *Personal property*

Reasons

*You were issued 4 boxes of property upon admission and one additional box will be issued upon A/S placement. 6 boxes will be put in storage and 3 of those contain legal and personal papers. You were allowed to view all stored paperwork and retained five boxes of your choice in your cell.*

Level 1 reviewer *Wayner Charules*

On January 1, 2004 I submitted another request slip to Captain Regan explaining to him that the court documents received on December 23, 2003 did not contain all legal paper work needed to correspond with the court, and requested my legal court documents. No response was received. On January 3, 2004 I received legal mail from Lt. Marinelli containing court order regarding cases that is pending in the State and Federal Court. Immediately On January 4, 2004 I submitted another request to Captain Regan explaining to him that I have court order and need to obtain my legal court documents confiscated by this Institution during my admission, so I could prepare the required legal documents and filing them. To this date of this grievance no response has been received to any of the requests submitted. I am a Prose prisoner unlawfully incarcerated. I filed this Habeas Corpus to obtain my freedom... a right seamed by the Constitution and Laws of the United states. Why I am being denied access to court? See attached with this grievance Habeas Corpus Order and also Federal Court order Justifying my Prose Status as Exhibit 1, 2, 3, 4

Leo Felix Charles
# 193138
Emergency Life Grievance
January 7, 2004
1-East # 220

EXHIBIT
**2**

# Inmate Grievance Form B, Levels 2 and 3
## Connecticut Department of Correction

| Inmate Name *Leo Felix Charles* | Inmate no. *193138* |
|---|---|

| Facility *NCI* | Housing unit *1 East 116* | Date *January 23, 2004* |
|---|---|---|

[X] Line grievance    [ ] Line emergency    [ ] Health grievance    [ ] Health emergency

| IGP no. *#288* | T no. |
|---|---|

Use this form to appeal a Level 1 decision. Grievance Form A (for Level 1) and any attachments must accompany this form; no review will be undertaken if they do not accompany this form. Your appeal must be filed within 5 days of the Level 1 response; deposit it in the box for inmate grievances.

Appeal. I am appealing the Level 1 decision because:
*Warden Choinski; your answer denying my grievance Filed on January 7, 2004 received by me on January 22, 2004 with IGP No. 141-04-288 concerning my legal pending court cases Documents that this Administration refused to let me have despite several requests is a violation of my rights [see Next Page]*

| Inmate signature *Leo Felix Charles* | Date *January 23, 2004* |
|---|---|

### FOR OFFICIAL USE ONLY – LEVEL 2 REVIEW

| Date received *2/5/04* | Disposition *Denied* | Date of disposition *2/10/04* |
|---|---|---|

Reasons    *You are appealing a level 1-grievance regarding personal property. Please be advised that property is stored according to Administrative Directive 6.10 Inmate Property. Your grievance appeal is denied.*

| Level 2 reviewer *John Sieminski    ACTING OA    2/13/04* |
|---|

[ ] This grievance may be appealed within 5 days to Level 3

[X] This grievance may not be appealed to Level 3 (see A.D. 9.6, Section 17)

Appeal. I am appealing the Level 2 decision because:

| Inmate signature | Date |
|---|---|

### Deposit your appeal in the box for inmate grievances

### FOR OFFICIAL USE ONLY – LEVEL 3 REVIEW

| Date received | Disposition | Date of disposition |
|---|---|---|

Reasons

**RECEIVED**

JAN 2 8 2004

| Level 3 reviewer | |
|---|---|

N.C.I. WARDEN'S OFFICE

1) access to the court. You alleges that I were issued 4 boxes of property upon admission and one additional box will be issued upon A/S placement and that 6 Boxes will be put in storage and 3 of those contain legal and personal papers and that I was allowed to view all stored paper work and retained 5 boxes of choice in my cell is untrue. I don't know where you got this information. I don't have 5 boxes of legal paper work inside my cell. Anyway to make a long story short "I don't want the boxes" I just want my legal court documents that is inside those boxes so I could get the necessary "Exhibit" and mail it to court with Motions that I already prepared which court date is past due. Please Mr. Warden, I would like you to ordered the property Officer to put all my legal court documents in a plastic bag as well as all my personal property that I am allowed to have at Northern Correctional Institution, and delivered them to my cell as soon as possible.

P.S. The level I- disposition is attached with this Grievance Appeal.

Les Felix Charles
#193138
1- East 116
January 23, 2004

# Inmate Request Form
## Connecticut Department of Correction



EXHIBIT
**3**

9602
3/02

**Inmate Name** Leo Felix Charles

**Inmate no.** 193138

**Facility** Cheshire Corr. Inst

**Housing unit** NB-537

**Date** May 3, 2004

**Submitted to** Counselor Hadlock

**Request** Counselor Hadlock, my legal court documents, my religious materials including my prayer rug, my Koran, and all my personal properties still at Northern C I and I haven't received them. I would like to know why DOC has confiscated my legal court documents and religious materials. I need to have all my legal court documents in the most available time. Thank you for your help in this matter. Written Response Requested !

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

**Acted on by (print name)**                                    **Title**

**Action Taken and/or Response**

(continue on back if necessary)

**Staff Member Signature**                                      **Date**



EXHIBIT

**4**



## Grievance Return Without Disposition
### Connecticut Department of Correction

CN 9604
Rev.
1/7/04

| Inmate name _Leo Felix Charles_ | Inmate no. _193138_ | |
|---|---|---|
| Facility _125_ | Housing unit _NB 537_ | Date _5/27/04_ |
| Return log number _125 -04- 8211_ | | |

**Your attached grievance is being "Returned Without Disposition" for the following reason(s).**

Pursuant to Administrative 9.6, Inmate Administrative Remedies, Section 10:  A grievance may be **Returned Without Disposition** to the inmate for:

1. ☑ An inmate shall attempt to resolve a problem through the Inmate Request System prior to filing a grievance.  The inmate shall attach the Inmate Request Form, CN 9602 containing the staff member's response.

2. ☐ A grievance must be filed on the Inmate Grievance Form, CN 9601.

3. ☐  Each grievable matter shall be submitted on a separate Inmate Grievance Form.

4. ☐  The grievance and the action requested should be stated simply and coherently.

5. ☐  The length of the grievance shall be restricted to the space available on the face of the grievance form and one additional page.

6. ☐  The grievance shall be free of obscene or vulgar language or content.

7. ☐  Other _____

**You may resubmit when the grievance is in compliance with Administrative Directive 9.6, Inmate Administrative Remedies, Section 10, subsections A through E.**

| Grievance Coordinator  _CTO Deattie_ | Date  MAY 2 7 2004 |
|---|---|



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

CN 9601/1
Rev. 10/07/02

| Inmate Name | Leo Felix Charles | Inmate no. | 193138 |
|---|---|---|---|

| Facility | Cheshire Correctional Inst. | Housing unit | NB-537 | Date | May 10, 2004 |
|---|---|---|---|---|---|

☐ Line grievance    ■ Line emergency    ☐ Health grievance    ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

   Several requests, no Response ?

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) On April 5, 2004 I was transferred from Northern to Cheshire Correctional Institution. My legal pending court documents, all my religious books and law books, my Koran, my Kufi religious head gear, My Prayer Rug and all my personnel property stay behin at Northern Correctional Institution in the custody of the property officer. [See Continuation on Next Page]

3. Action requested. Describe what action you want taken to remedy the grievance.

   I demands that my legal pending court documents, my religious mate-rials and all my personnel properties confiscated by the Department of Correction Be delivered at Cheshire Correctional Center in the most available time.

| Inmate signature | Leo Felix Charles    May 10, 2004 |
|---|---|

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. | | T no. | |
|---|---|---|---|
| Date received | Disposition | | Date of disposition |
| Grievance issue | | | |
| Reasons | | | |
| Level 1 reviewer | | | |

On April 7, 2004, I wrote a request to Counselor Hadlock and I also talk to Captain Saundrey requesting that my legal pending Court documents, my religious materials and my personnel property be delivered to Cheshire Correctional Center. Unfortunately, on April 8, 2004, I was escorted to segregation and remained there until April 30, 2004. Upon the completion of my segregation time, On April 30, 2004 I talk to Counselor Hadlock and I also wrote two more requests demanding that my legal pending court documents be delivered at Cheshire. I have been given the runaround. My criminal Habeas Corpus trial is scheduled to begin on May 25, 2004. I got documents and Exhibits relevant to the Habeas Corpus matter that must be mailed to my Attorney before the trial started. I also have civil rights documents and Exhibits that must be mailed to court in which I am presently Pro se. I am unable to obtain those documents. It seems that the Department of Correction refused to delivered my pending legal Habeas Court documents with intention of interfering with my litigation. Any way I don't know by what authority the Department of Correction confiscating my legal pending Habeas Court documents, my civil rights suit documents, my religious material and all my personnel properties.

Leo Felix Charles
# 193138
Emergency Line Grievance
NB-537
May 10, 2004



EXHIBIT
5



9602
Rev. 9/3/02

# Inmate Request Form
## Connecticut Department of Correction

Inmate Name _Leo Felix Charles_     Inmate no. _193138_

Facility _Cheshire Correctional Inst_   Housing unit _NB-537_   Date _May 12, 2004_

Submitted to _Counselor Hadlock_

Request _I'm writing to you with the hopes that you'll be able to help me with getting my legal property, Religious property and my personal property that is still at Northern C.I. who did not come with me when I transferred from NCI to C.C.I. I have court date on May 25th 2004 and I need all my legal materials for this court date. my trial begins and without my legal materials I'm unable to go forward. I trust that you will make the necessary arrangement with the Northern CI to get my legal court documents, Religious materials and personal property. A.S.A.P. Thank you?_

(continue on back if necessary)

Previous Action Taken

(continue on back if necessary)

Acted on by (print name)     Title

Action Taken and/or Response

_I contacted the property officer at ~~Northern~~ CI, he stated he will look and if there is some property he will have it sent here._

_5/10/04_

(continue on back if necessary)

Staff Member Signature     Date

**EXHIBIT**

**6**



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

| Inmate Name | *Leo Felix Charles* | | Inmate no. *193138* |
|---|---|---|---|

| Facility *Cheshire Correctional Inst* | Housing unit *NB-537* | Date *June 1, 2004* |
|---|---|---|

☐ Line grievance   ☒ Line emergency   ☐ Health grievance   ☐ Health emergency

**1.** Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

*Inmate Request Form CN 9602 containing staff member response is attached with grievance return without disposition form with Log number 125-04-211 as well as the previous grievance Filed.*

**2.** Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) *On April 5, 2004, I was transferred from Northern Correctional Institution to Cheshire C.I. My legal court documents, all my religious books, My Quran, my KuFi religious head gear, My prayer Rug, and all my personal hygiene property, did not come with me when I transferred from NCI to CCI. On April 7, 2004 I wrote a request to Counselor Hadlock (see continuation next page)*

**3.** Action requested. Describe what action you want taken to remedy the grievance. *I demands that the Cheshire Correctional Department make the necessary arrangement with the Northern Correctional Institution property officer to get my legal court documents, my religious materials plus my personal hygiene property to me immediately.*

| Inmate signature | *Leo Felix Charles     June 1, 2004* |
|---|---|

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

### FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. *125-04-296* | | T no. |
|---|---|---|

| Date received *JUN - 7 2004* | Disposition *REJECTED* | Date of disposition *6/24/04* |
|---|---|---|

Grievance issue *PROPERTY.*

Reasons *YOUR GRIEVANCE is Rejected As it does NOT MEET THE Emergency Criteria established in A.D. 9.6. You may file this grievance As a regular line grievance, AND have it handled as a regular line grievance.*

| Level 1 reviewer | *James E. ____ Warden* |
|---|---|

and I also talk to Captain Saundry to help me with getting my legal court documents, my religious materials plus my personal hygiene property. that is still at Northern Correctional Inst. I was unable to obtain my property. On May 3, 2004 I submitted another request concerning the above matter. Nobody responded to my request. On May 10, 2004 I submitted an Emergency Level I-grievance to get this personal plus legal court documents and religious materials. On May 27, 2004 this level I-grievance was returned to me with log number 125-04-211 Stating that I Failed to resolve this problem through the Inmate Request System prior to Filing the grievance in question. However soon after Filed the Emergency Level I-grievance, On May 12, 2004 I submitted another request to Counselor Hadlock because I had court date May 25th 2004 and I need all my Legal material for this court date. Counselor Hadlock responded to the request dated May 12, 2004 which is attached with this grievance stating that: I contacted the property officer at Northern Correctional Inst, he stated he will look and if there is some property, he will have it sent here. To this day I am unable to obtain my legal court documents, my religious materials plus my personal hygiene property. I don't Know by what authority the Department of Correction deliberately confiscated my legal court documents, my religious materials plus my personal hygiene property. It seems that this department of Correction seized my legal court documents with intention of interfering with my litigation.

Leo Felix Charles #193138
Emergency Level I-grievance
NB-537
June 1, 2004



EXHIBIT
**7**

# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

| Inmate Name | Leo Felix Charles | | Inmate no. → 193138 |
|---|---|---|---|
| Facility | Cheshire C. I | Housing unit NB3-537 | Date June 28, 2004 |
| Submitted to | Major Hall. | | |

**Request** Mr Hall, my legal pending current cases documents and my Religious materials has been confiscated by Northern C I officials since April 5, 2004. I made several requests in an attempt to resolve this crisis, The Northern C I refused to release my legal pending court documents, my Religious materials as well as my personal hygiene property. I also filed an Emergency grievance regarding this matter (see next page)

(continue on back if necessary)

**Previous Action Taken**

(continue on back if necessary)

| Acted on by (print name) | | Title Warden |
|---|---|---|

**Action Taken and/or Response**    It is my understanding that Northern CI is still searching for your property. I am advised that you did receive 2 Boxes. I suggest you continue to work with Cpt Saunders to resolve,

(continue on back if necessary)

| Staff Member Signature | | Date 6/29/04 |
|---|---|---|

To this date of this request I haven't received my property, but only 2 Boxes that was delivered by Officer Deschaine on June 24, 2004. I need my legal pending court documents, my Religious materials as well as my personal hygiene property. Would you please call Northern C.I officials and have them send my property in the most available time. Because Counselor Hadlock and Captain Saundry efforts to have my property sent here hasn't produce anything. That's the reason I write today.

Thank you for your collaboration in this foregoing matter.

Sincerely yours

Leo Felix Charles
# 193 138
NB-537

P.S. I await your reply?



To:
Attorney General
Richard Blumenthal
110 Sherman Street
Hartford, Ct 06105

July 24, 2004

From
Leo Felix Charles #193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

Dear Mr Blumenthal.

I'm writing to you with the hope that you might be able to help me. The Connecticut Dept. of Correction staff members hold my legal courts materials, my Religious materials plus my personal property and they refuse to return my legal courts materials, my Religious materials and my personal property.

By Dept. of Correction refusing to return this legal courts materials, Religious property and my personal property to me, it is causing me a delay in doing my Federal Habeas Corpus, and other legal civil rights action, that I have pending both in Federal and State Court. I'm unable to perform my religious duties, as well as taken care of my hygiene. I've made several attempts through the staff and the grievance procedure to get this legal pending courts

materials, Religious property and my personal property back and they refuse to return it to me.

I trust that your office can assist me in getting this pending legal courts materials, my Religious property plus my personal property so I could take care of my hygiene.

Thank you in advance for your time and help in getting this legal pending courts materials return to me as soon as possible.

Very Truly yours

Leo Felix Charles #193138

C.C. Commissioner: Theresa C. Lantz.
      Warden : James Dzurenda.
Assistant Attorney General: Matthew B. Biezer.



EXHIBIT
9



# Inmate Grievance Form A, Level 1
## Connecticut Department of Correction

1/1
Rev. 10/07/02

| Inmate Name *Leo Felix Charles* | Inmate no. *193138* |

| Facility *Cheshire Correctional Inst* | Housing unit *NB-DHUO 525* | Date *July 19, 2004* |

■ Line grievance ☐ Line emergency ☐ Health grievance ☐ Health emergency

1. Informal resolution. Attach a copy of Inmate Request Form (CN 9602) containing the appropriate staff member's response, or indicate why the form is not attached.

*Forms CN 9602 with Counselor Hadlock Response is attached as well as Major Jonathan Hall response concerning this matter.*

2. Nature of grievance. Indicate the events and reasons that led you to file this grievance. Specify dates, places, personnel involved, and how you were affected. (If you need more space, use an 8 ½ by 11 inch sheet of paper and attach it to this form.) *On April 5, 2004 I was transferred from Northern Correctional Institution to Cheshire Correctional Institution and my pending legal courts documents, my Religious books, my Koran, my Religious head gear, my Prayer Rug and all my personal hygiene properties did not come with me when I transferred from Northern C.I to Cheshire, C.I. On April 7, 2004 I write a request to Counselor Hadlock and I also talk to Captain Saundry to help me with getting my pending legal courts documents, my Religious materials plus my Personal hygiene properties (see continuation on next page)*

3. Action requested. Describe what action you want taken to remedy the grievance.
*I demands that the Department of Correction Officials at Cheshire prison make the necessary arrangement with Northern C.I officials to get my pending legal courts documents, my religious materials plus my personal hygiene properties sent to Cheshire Correctional Institution and delivered them to me immediately*

| Inmate signature *Leo Felix Charles    July 19, 2004* |

You may appeal this decision within 5 days. Use Inmate Grievance Form B.

## FOR OFFICIAL USE ONLY – LEVEL 1 REVIEW

| IGP no. *125-05-06* | T no. |

| Date received *JUL 2 0 2004* | Disposition *DENIED* | Date of disposition *8/11/04* |

| Grievance issue *PROPERTY* |

Reasons *Your GRIEVANCE HAS been DENIED. NORTHERN C.I. HAS forwarded all of your documents & property. CHESHIRE C.I. Property officers have already provided you with the requested material*

| Level 1 reviewer *James Dqun    Warden* |

that is still at Northern Correctional Institution. I was unable to obtain my pending legal courts documents, my Religious materials and my personal hygiene properties. On May 3, 2004, I submitted another request concerning this matter. No prison officials at Cheshire responded to my request. On May 10, 2004 I submitted an Emergency Level I-grievance to get this pending legal courts documents, Religious materials, plus this personal hygiene properties. This Emergency level I-grievance was returned to me with log number 125-04-211 stating that I Failed to resolve this matter through the Inmate Request System prior Filing the grievance. On May 12, 2004, I submitted a request to Counselor Hadlock with hope of getting my pending legal courts documents, my Religious materials plus my personal hygiene properties. Counselor Hadlock responded to my request stating that he has contacted the property officer at Northern CI, he stated he will look and if there is some property he will have it sent here. On June 1, 2004 I Filed another Emergency level I-grievance to get this pending legal courts documents, Religious materials plus my personal hygiene properties. This grievance was rejected with I.G.P.No. 125-04-296 stating that it does not meet the Criteria in A.D. 9.6, and that I may file another one as a regular line grievance. On July 6, 2004 I Filed a regular line grievance to get this pending legal courts documents, Religious materials plus my personal hygiene properties. This regular line grievance was returned to me with log number 125-05-R-16 stating that an Inmate shall attempt to resolve a problem through the Inmate Request System prior to Filing a grievance. and the length of the grievance shall be restricted to the space available on the face of the grievance Form and one additional page. Enough is Enough? The Department of Correction willfully exerted control over my pending legal courts documents, my Religious materials, and my personal hygiene properties taken for safekeeping on admission in a manner inconsistent with my rights to the property, and refused to return my legal courts documents with intention of interfering with my litigation. And playing same, stating that I failed to resolve the problem through the Inmate Request System Despite proof that I have ~~_____~~ Filed several Forms CN 9602 prior to filing the grievance.

   Please attached with this grievance is Forms CN 9602 with Counselor Hadlock and Major Jonathan Hall response regarding this matter. And this is my last request regarding my pending legal courts documents, my Religious materials and my personal hygiene properties that the Department of Correction refused to return to me despite constant and urgent demands.

Leo Felix Charles
NB-547
Line Grievance
July 19, 2004