UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEO FELIX CHARLES            :
                             :            PRISONER
     v.                      :   Case No. 3:02CV1341(AWT)(WIG)
                             :
JACK MALEH, et al.           :
```

RULING AND ORDER

On September 21, 2004, defendants filed a third motion for extension of time to file a motion for summary judgment. Defendants' motion [**doc. #48**] is **GRANTED**. Defendants shall file their motion on or before **November 5, 2004.**

**SO ORDERED** at Bridgeport, Connecticut, this 30th day of September, 2004.

                              /s/
                    WILLIAM I. GARFINKEL
                    UNITED STATES MAGISTRATE JUDGE