United States District Court
District of Connecticut

Leo F. Charles           Civil No. 3:02CV1341(AWT)(WIG)
  v
Jack Maleh, et al        September 24, 2004

Plaintiff Objection To Defendants Third Motion For Extension of Time To File Their Motion For Summary Judgment

Now comes the plaintiff Leo F. Charles, pro-se and hereby strongly files his objection to the defendants third motion for extension of time to file their motion for Summary Judgment.

In support of this objection the plaintiff states as Follow:

1 – On July 14th 2004, the Honorable Judge William I. Garfinkel, issue an order directing the defendants to file their motion for Summary Judgment within (20) days of said order, if not the case would be scheduled for trial (see attach Exhibit 1) Judge Garfinkel order on Motions.

2 - In part "A" of defendant third motion for extension of time to file their motion for Summary Judgment, they mislead this court by claiming the court order was issue on July 29th 2004 or giving them until September 19th 2004 to file their motion.

3 - In part "B", they stated that several of the defendants do not work for the Connecticut Dept. of Correction, and the undersigned has been delayed in preparation of the Motion for Summary Judgment. This reason shouldn't be enough to grant their motion. Defendants attorney has know for over a year and half that several of the defendants do not work for the Connecticut Dept of Correction and had more then enough time to prepare their motion and interview said defendants

4 - Defendants counsel made no attempt to even reach the plaintiff to see if he had any objection to defendants third motion for extension of time to file their motion for Summary Judgment.

2

5- Pursuant to Rule 9(b)2 of the local Rules of Civil Procedure states that motion for extension of time will not be granted except for good cause standard requires a particularized showing that the time limitation in question cannot reasonably be met despite the dilligence of the party seeking the extension.

6- Defendants have not shown good cause to get their motion granted. The excuse that several defendants do not work for Connecticut Dept. of Correction and this has them delay in preparation of their motion for Summary Judgment is not good cause because the defendants counsel knew for over a year and half that several of these defendants do not work for Dept of Correction. A year and half is enough time to locate defendants and prepare a motion for Summary Judgment.

Wherefore the plaintiff objects to Defendants third motion for Extension of time to file their motion for Summary Judgment

and prays that the court will deny defendants motion for extension of time and schedule the case for trial as said in Honorable Judge William I. Garfinkel order signed on July 14th 2004.

Respectfully Submitted

Leo Felix Charles

Prose Plaintiff

4

## Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 24th day of September 2004

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
900 Highland Avenue
Cheshire, CT 06410

5

# Orders on Motions

3:02-cv-01341-AWT Charles, et al v. Maleh, et al

## U.S. District Court

## District of Connecticut

Notice of Electronic Filing

The following transaction was received from Osborne, M. entered on 7/14/2004 at 2:12 PM EDT and filed on 7/14/2004

**Case Name:**     Charles, et al v. Maleh, et al
**Case Number:**   3:02-cv-1341
**Filer:**
**Document Number:** 40

**Docket Text:**
ELECTRONIC ENDORSEMENT ORDER: Plaintiff's motion to compel defendants to respond to all outstanding discovery. (Doc. #38) is GRANTED. Defendants are directed to respond to all outstanding discovery within twenty (20) days from the date of this order. In addition, defendants are cautioned that if they do not file their motion for summary judgment within twenty (20) days from the date of this order, the case will be scheduled for trial. Signed by Judge William I. Garfinkel on 7/14/04. THIS ELECTRONIC NOTICE IS THE ONLY NOTICE THE COURT WILL ISSUE.(Murphy Osborne, M.)

The following document(s) are associated with this transaction:

**3:02-cv-1341 Notice will be electronically mailed to:**

Matthew B. Beizer    matthew.beizer@po.state.ct.us,

**3:02-cv-1341 Notice will be delivered by other means to:**

Leo Felix Charles
Inmate 193138

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER<br>CIVIL NO. 3:02CV1341 (GLG)(WIG) |
| v. | : | |
| JACK MALEH, ET AL. | : | SEPTEMBER 20, 2004 |

### DEFENDANTS' MOTION FOR EXTENSION OF TIME TO FILE THEIR MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 9(b) of the Local Rules of Civil Procedure, the defendants request a forty-five (45) day extension of time to file their motion for summary judgment. In support thereof, the defendants submit as follows:

A.  According to the Court Order dated July 29, 2004, the defendants were ordered to file their Motion for Summary Judgment by Sunday, September 19, 2004.

B.  Due to the fact that several of the defendants do not work for the Connecticut, Department of Correction, the undersigned has been delayed in preparation of the motion for summary judgment.

C.  In his complaint, the plaintiff sets forth various allegations which will require a fairly lengthy motion for summary judgment. Nevertheless, for many reasons, including judicial economy, summary judgment is indicated.

D.  The plaintiff is an inmate who seeks monetary damages and as such, will not be prejudiced by the granting of this motion.

E.  This is the third motion for extension of time filed by the defendants for purposes of filing a motion for summary judgment.

F. The plaintiff, a pro se inmate, has not been consulted by the undersigned concerning this request.

WHEREFORE, the defendants request a forty-five day (45) day extension of time to file their motion for summary judgment.

DEFENDANTS
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL

BY: _____
Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105
Federal Bar #ct16304
E-Mail: matthew.beizer@po.state.ct.us
Tel.: (860) 808-5450
Fax: (860) 808-5591

## CERTIFICATION

I hereby certify that a copy of the foregoing was mailed to the following on this 20th day of September, 2004:

Leo Felix Charles # 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

_____
Matthew B. Beizer
Assistant Attorney General

2