# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | NO. 3:02CV1341(AWT)(WIG) |
| VS. | : | |
| | : | |
| JACK MALEH, ET AL. | : | OCTOBER 18, 2004 |

## **APPEARANCE**

TO THE CLERK OF THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF CONNECTICUT:

**PLEASE ENTER MY APPEARANCE** on behalf of all defendants, with the exception of Jack Maleh who is deceased, in their individual capacity in addition to any Appearances already on file in regards to the above-entitled matter.

Dated at Hartford, Connecticut, this 18th day of October, 2004.

DEFENDANTS,
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:__/s/_____
Neil Parille
Assistant Attorney General
Federal Bar No. ct15278
110 Sherman Street
Hartford, CT  06105
Telephone No.:  (860) 808-5450
Fax No.:  (860) 808-5591
neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 18th day of October, 2004:

Leo Felix Charles, Inmate No. 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT  06410

                                        /s/
                                      Neil Parille
                                      Assistant Attorney General