# UNITED STATES DISTRICT COURT
# DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
|  | : | NO. 3:02CV1341(AWT)(WIG) |
| VS. | : |  |
|  | : |  |
| JACK MALEH, ET AL. | : | OCTOBER 18, 2004 |

## SUGGESTION OF DEATH UPON THE RECORD

The defendants suggest upon the record, pursuant to Rule 25(a)(1) of the Federal Rules of Civil Procedure, the death of a defendant, Jack Maleh, during the pendency of this action.

DEFENDANTS,
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
    Neil Parille
    Assistant Attorney General
    Federal Bar No. No.ct15278
    110 Sherman Street
    Hartford, CT 06105
    Tel.: (860) 808-5450
    Fax: (860) 808-5593
    neil.parille@po.state.ct.us

## **CERTIFICATION**

      I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 18th day of October 2004 to:

Leo Felix Charles, Inmate No. 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

                                                   ___/s/_____
                                                   Neil Parille
                                                   Assistant Attorney General