UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | NO. 3:02CV1341(AWT)(WIG) |
| VS. | : | |
| | : | |
| JACK MALEH, ET AL. | : | NOVEMBER 3, 2004 |

**THE DEFENDANTS' MOTION FOR AN EXTENSION OF TIME
TO FILE A MOTION FOR SUMMARY JUDGMENT**

Pursuant to Local Rule 9(c), the defendants moves a ten-day extension of time (until November 15, 2004) to file for summary judgment.

1. The defendants have completed their memorandum of law in support of summary judgment and obtained all the needed documents and affidavits with one exception.

2. That exception is an affidavit from a DOC physician concerning the plaintiff's current treatment needed to address the plaintiff's request for injunctive relief in which he asserts that the defendants are currently indifferent to his medical needs.

3. That physician has been ill and therefore the undersigned to obtain an affidavit from him.

4. This is the defendant's fourth request for a motion to extend time.

5. Because the plaintiff is pro se and incarcerated he has not been contacted concerning this request to extend time.

**ORAL ARGUMENT NOT REQUESTED.
TESTIMONY NOT REQUIRED.**

DEFENDANTS,
Jack Maleh, et al.

RICHARD BLUMENTHAL
ATTORNEY GENERAL


BY:___/s/_____
   Neil Parille
   Assistant Attorney General
   Federal Bar No. ct15278
   110 Sherman Street
   Hartford, CT 06105
   Telephone No.:  (860) 808-5450
   Fax No.:  (860) 808-5593
   neil.parille@po.state.ct.us


**CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 3rd day of November, 2004, to:

Leo Felix Charles, Inmate No. 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410


   ___/s/_____
   Neil Parille
   Assistant Attorney General

2