UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEO FELIX CHARLES            :
                             :           PRISONER
     v.                      :   Case No. 3:02CV1341(AWT)(WIG)
                             :
JACK MALEH, et al.           :
```

RULING AND ORDER

Defendants seek a ten day extension of time, from November 5, 2004, until November 15, 2004, to file their motion for summary judgment. They state that the additional time is required to obtain an affidavit from a departmental physician who has been ill.

Defendants' motion [**doc. #53**] is **GRANTED**.

**SO ORDERED** at Bridgeport, Connecticut, this 9th day of November, 2004.

```
                          /s/
                   WILLIAM I. GARFINKEL
                   UNITED STATES MAGISTRATE JUDGE
```