STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | NO. 3:02CV1341(AWT)(WIG) |
| VS. | : | |
| | : | |
| JACK MALEH, ET AL. | : | NOVEMBER 12, 2004 |

## THE DEFENDANTS' MOTION FOR SUMMARY JUDGMENT

Pursuant to Rule 56 of the Federal Rules of Civil Procedure, the defendants moves for summary judgment against the plaintiff's claims. Based on the evidence in this case, summary judgment is appropriate for the following reasons:

1. There are no material issues in dispute concerning the adequacy of the medical and dental treatment that the defendants afforded the plaintiff.

2. The plaintiff's claims against defendant Mingzer Tung are barred by the statute of limitations.

3. There are no material issues of fact in dispute concerning the plaintiff's claim that he was retaliated against.

4. The plaintiff does not have a constitutional right to telephone calls.

5. The plaintiff did not suffer a loss of good time concerning the disciplinary tickets at issue and has therefore no liberty interest in being placed in segregation.

6. There are no material issues of fact in dispute concerning the plaintiff's claims of conspiracy and discrimination.

**ORAL ARGUMENT NOT REQUESTED.**
**TESTIMONY NOT REQUIRED.**

7. The plaintiff has failed to show personal involvement of defendants Armstrong and Rodriguez.

8. The defendants are immune from suit based on the doctrine of qualified immunity.

        DEFENDANTS,
        Jack Maleh, et al.

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:  /s/_____
     Neil Parille
     Assistant Attorney General
     Federal Bar No. ct15278
     110 Sherman Street
     Hartford, CT 06105
     Tel.: (860) 808-5450
     Fax: (860) 808-5593
     neil.parille@po.state.ct.us

## CERTIFICATION

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 12th day of November 2004 to:

Leo Felix Charles, Inmate No. 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

     /s/_____
     Neil Parille
     Assistant Attorney General