UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | NO. 3:02CV1341(AWT)(WIG) |
| VS. | : | |
| | : | |
| JACK MALEH, ET AL. | : | NOVEMBER 12, 2004 |

**NOTICE OF MANUAL FILING**

Please take notice that defendants, **JACK MALEH, ET AL.**, have manually filed the following documents:

    A.    Movement Sheet (RT60);
    B.    Disciplinary History (RT67);
    E.    Affidavit of Dr. Victor Shivy with Attachments;
    F.    Affidavit of Scott Hadlock with Attachments;
    J.    Clinical Records of Leo Felix Charles; and,
    K.    X-Ray findings of Leo Felix Charles.

These documents have been filed electronically because:
    [ X ]    The documents cannot be converted to an electronic format.
    [   ]    The electronic file size of the document exceeds 1.5 megabytes.
    [   ]    The document or thing is filed under seal pursuant to Local Rule of Civil Procedure 5(d) or Local Rule of Criminal Procedure 56(b).
    [   ]    Plaintiff/Defendant is excused from filing this document or thing by Court order.

The documents have been manually served on all parties.

                                    DEFENDANTS,
                                    Jack Maleh, et al.

                                    RICHARD BLUMENTHAL
                                    ATTORNEY GENERAL

                                    BY:___/s/_____
                                    Neil Parille
                                    Assistant Attorney General
                                    Federal Bar No. ct15278
                                    110 Sherman Street
                                    Hartford, CT 06105
                                    Telephone No.: (860) 808-5450
                                    Fax No.: (860) 808-5593
                                    neil.parille@po.state.ct.us

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was sent by first-class mail, postage prepaid, this 12th day of November, 2004, to:

Leo Felix Charles, Inmate No. 193138
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

　　　　　　　　　　　　　　　　　　　　__/s/_____
　　　　　　　　　　　　　　　　　　　　Neil Parille
　　　　　　　　　　　　　　　　　　　　Assistant Attorney General