# EXHIBIT D

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | CIV. NO. 3:02CV1341(AWT)(W1G) |
| V. | : | |
| | : | |
| JACK MALEH, ET AL | : | |

**AFFIDAVIT OF SAMUEL MAYLOR**

STATE OF CONNECTICUT    )
                        ) s.s. Suffield, Connecticut
COUNTY OF HARTFORD      )

I, Samuel Maylor, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am an employee of the Department of Correction of the State of Connecticut ("DOC"). I have been employed by the DOC for fifteen years. I hold the rank of Lieutenant.

3. From approximately March 2002 to October 2003, I was stationed at the DOC complex in Cheshire, Connecticut. When I was stationed there, among my duties was to conduct disciplinary hearings at the Cheshire Correctional Institution.

4. I have no recollection of the plaintiff in this case, Leo Felix Charles. This is not surprising since I presided over dozens of disciplinary hearings.

5. Although I have no recollection of Inmate Charles, at no time have I discriminated against an inmate due to his race or ethnic background. Likewise, I have never retaliated against an inmate.

6. In my capacity as a hearing officer, I have no recollection of ever being contacted by John Armstrong, Hector Rodriguez, Pauline Husband, Dr. Jack Maleh, Dr. Mingzer Tung, Dr. Victor Shivy, Dr. Michael Young or Maurice Cooper with the order or suggestion that I discriminate against or retaliate against an inmate because of his racial or ethnic background.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

Samuel Maylor

Subscribed and sworn to before me this 28th day of October, 2004

Diane O'Connor
Notary Public

DIANE T. O'CONNOR
NOTARY PUBLIC
MY COMMISSION EXPIRES: MAY 27, 2009

2