# EXHIBIT E

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | |
| V. | : | CIV. NO. 3:02CV1341(AWT)(WIG) |
| | : | |
| JACK MALEH, ET AL | : | |

### AFFIDAVIT OF DR. VICTOR SHIVY

STATE OF CONNECTICUT   )
                       ) s.s. Cheshire, Connecticut
COUNTY OF NEW HAVEN    )

I, Victor Shivy, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am an employee of UCONN Correctional Managed Health Care.

3. I am a dentist, licensed to practice in the State of Connecticut. I have been stationed at the Cheshire Correctional Institution ("Cheshire") since 1992 to the present. I am familiar with the day-to-day provision of medical and dental services at Cheshire.

4. I have reviewed the dental records of Inmate Leo Felix Charles and have attached a copy of them to this affidavit.

5. I have no recollection of seeing Mr. Charles.

6. The dental records indicate I saw Mr. Charles on several occasions.

7. On August 5, 1998, I saw Mr. Charles and noted that he had poor oral hygiene.

8. On December 16, 1998, I saw Mr. Charles and noted that his oral hygiene was poor. I stressed the importance of good oral hygiene.

9. On September 1, 1999, I saw Mr. Charles. Mr. Charles requested scaling, and I informed him that the physical set-up at Cheshire did not permit this type of treatment.

10. On October 19, 1999, I saw Mr. Charles and noted that he had generalized 4-5 mm defects in his mouth and his oral hygiene was poor. I told him that as a result of his poor oral hygiene he risked tooth loss.

11. On November 11, 1999, I saw Mr. Charles and noted that his oral hygiene was somewhat better.

12. On December 18, 2000, I saw Mr. Charles and noted that his oral care hygiene was again poor. I stressed that it was important for him to maintain good oral hygiene.

13. On January 24, 2001, I saw Mr. Charles and informed him that extractions were necessary. The record indicates that Mr. Charles did not want to have these teeth extracted and I informed him that he should advise dental if he changed his mind.

14. On some occasions I saw Mr. Charles he complained that his gums were bleeding. For this reason, I stressed the importance of good oral hygiene. My review of the entries for the time which I saw him indicate that he did not complain of pain.

15. Although I do not recall seeing Mr. Charles, the entries indicate that I addressed his concerns to the extent possible within the confines of the care available at the Cheshire dental unit. I have not been deliberately indifferent to his needs.

16. Dental policy is established by Utilization Review Committee ("URC") of UCONN Correctional Managed Health Care.

17. I have never been a member of the URC and therefore have had no role in the determination of this policy.

18. I have never been responsible for the levels of staffing or the type of dental care provided at Cheshire.

19. The dental records indicate that Mr. Charles has requested to see a periodonist in order to receive periodontal treatment.

20. Periodontal treatment is advanced treatment of the gums.

21. Periodontal treatment is not provided within the Connecticut Department of Correction. To the best of my knowledge, it has never been provided by the DOC.

22. On September 11, 2001, Mr. Charles sent a request to dental asking for treatment of his gum pockets with a periochip. A periochip is a chip inserted in the periodontal pocket, the active ingredient of which is Chlorhexidine. This type of treatment has never been provided within the DOC. It was considered experimental in 2001.

22. Michael Young is a dentist who has been stationed at Cheshire. He is on leave from Cheshire due to an assignment with the United States Military.

23. Upon information and belief, Dr. Young has never been a member of the URC, and is not responsible for the types of dental treatment provided at Cheshire or the staffing.

24. I have never retaliated against or discriminated against an inmate because of his racial or ethnic background. I have never been contacted by Lt. Maylor, Nurse Husband, Maurice Cooper, Dr. Jack Maleh, Dr. Michael Young, Dr. Mingzer Tung, Hector Rodriquez or John Armstrong ordering or suggesting that I treat an inmate differently because of his race or ethnic background, or as part of a plan to retaliate against an inmate.

3.

25. Medical and dental treatment at Cheshire is the responsibility of medical professionals. Custodial staff do not determine the treatment afforded to inmates.

26. Neither John Armstrong nor Hector Rodriguez was a member of the medical or dental staff.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Dr. Victor Shivy

Subscribed and sworn to before me this 27 day of October, 2004

Exp: 1/31/05

_____
Notary Public