# EXHIBIT G

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | |
| V. | : | CIV. NO. 3:02CV1341(AWT)(WIG) |
| | : | |
| JACK MALEH, ET AL. | : | |

### AFFIDAVIT OF MAURICE COOPER

STATE OF CONNECTICUT    )
                        ) s.s. Hartford, Connecticut
COUNTY OF HARTFORD      )

I, Maurice Cooper, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am an employee of the Department of Children and Families ("DCF"). I am a registered nurse, licensed to practice in the State of Connecticut.

3. Prior to my employment with the DCF, I was employed by the Connecticut Department of Correction and stationed at the Cheshire Correctional Institution ("Cheshire"). I was stationed there until July 2003. I was stationed at Cheshire for approximately 3.5 years.

4. Among my responsibilities at Cheshire was that of medical grievance coordinator, although I held that position for only some of the time I was at Cheshire.

5. I recall that Mr. Charles filed grievances; however, I do not recall the substance of these grievances. It was my policy to answer all inmate grievances and complaints in a timely manner.

6. I am not a medical doctor and therefore would defer to physicians concerning whether or not an inmate required surgery.

7. At Cheshire during the time I was stationed there, decisions concerning the scheduling for surgery were made by the Utilization Review Committee ("URC") of UCONN Correctional Managed Health Care. In addition, only the URC could approve non-emergency surgery.

8. I have never been a member of the URC and therefore had no role in either decisions to approve surgery or the scheduling of surgery.

9. I was never contacted by the late Dr. Maleh, Dr. Tung, Dr. Shivy, Dr. Young, Nurse Husband, Lt. Maylor, Commissioner Armstrong or Warden Rodriguez with the order or suggestion that I retaliate against Inmate Charles or treat him differently based on his racial/ethnic background, or for his filing of grievances.

10. I never retaliated or discriminated against Mr. Charles based on his racial/ethnic background, or for his filing of grievances.

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

_____
Maurice Cooper, R.N.

Subscribed and sworn to before me this __1__ day of ~~October~~ November, 2004

_____
Notary Public

MICHAEL DALING
NOTARY PUBLIC
MY COMMISSION EXPIRES JUNE 30, 2006

2