# EXHIBIT H

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | |
| V. | : | CIV. NO. 3:02CV1341(AWT)(WIG) |
| | : | |
| JACK MALEH, ET AL. | : | |

### AFFIDAVIT OF DR. RICARDO RUIZ

STATE OF CONNECTICUT    )
                       ) s.s. Cheshire, Connecticut
COUNTY OF NEW HAVEN     )

I, Ricardo Ruiz, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am employed by the UCONN Correctional Managed Health Care. I am stationed at the Cheshire Correctional Institution ("Cheshire") in Cheshire, Connecticut. I am familiar with the provision of medical care at Cheshire and within the Department of Correction ("DOC").

3. I am a physician licensed to practice in the State of Connecticut. I am a graduate of the University of Boston Medical School and am Board Certified in internal medicine.

4. The provision of medical services at Cheshire is the responsibility of medical staff. It is not the responsibility of custodial staff. Upon information and belief, neither Hector Rodriguez or John Armstrong are medical professionals.

5. Mingzer Tung, M.D. is a physician employed by UCONN Correctional Managed Health Care.

6. Jack Maleh, M.D. was employed by UCONN Correctional Managed Health Care. He is deceased.

7. I am familiar with the plaintiff in this case, Inmate Leo Felix Charles, who is currently confined at Cheshire. In preparation of this affidavit, I have reviewed Mr. Charles's recent medical records.

8. Mr. Charles has complained for some time of shoulder pain and requested shoulder surgery. His shoulder has been X-rayed on several occasions and these x-rays do not indicate that surgery is called for.

9. Mr. Charles has not recently complained of shoulder pain.

10. Visits to a physical therapist are not required to effectively manage Mr. Charles's complaints of shoulder pain. To the extent that physical therapy might be beneficial in this case, Mr. Charles would receive equally effective results by performing exercises in his cell. Cheshire medical provides a list of such exercises when requested by inmates.

11. Mr. Charles had a liver function test on February 11, 2004. The results were within normal range.

12. Mr. Charles's does not have symptoms of a peptic ulcer given that he does not complain of chronic dyspepsia. He has received antacid in the past.

13. A test for the H. pylori bacteria (which causes many peptic ulcers) is not necessary because Mr. Charles does not complain of chronic dyspepsia.

14. There is no reason to suspect that Mr. Charles has an enlarged heart. Mr. Charles does not have signs or symptoms of congestive heart failure.

15. Mr. Charles's vision was last checked on May 5, 2004. A glaucoma screening test was performed.

16. Concerning Mr. Charles's request to be tested for nerve damage, such tests are not indicated given that he does not have signs of neuropathy (muscle wasting or weakness).

17. A digital rectal exam is not called for because there are no signs of active bleeding. In addition, on June 18, 2004 Mr. Charles' PSA (prostate-specific antigen) level was tested and it was within normal range (0.3 ng/ml).

18. Concerning Mr. Charles's request for a sigmoidoscopy, such a procedure is not medically called for because there are no signs of anemia. Mr. Charles's hemoglobin count is 14.0 g/ml and the hematocrit level is 41%. This is within normal range.

19. A blood test was last taken on May 10, 2004. This indicates that Mr. Charles's cholesterol level is 189. A level less than 200 is desirable.

20. A stool blood test is not required for the same reason that a sigmoidoscopy is not required.

21. Mr. Charles blood pressure was tested on July 19, 2004. The results were 148/88.

22. Based upon my review of Mr. Charles's medical records, I am confident in stating that his conditions are being treated and monitored appropriately and that referrals to outside specialists are not called for.

23. Finally, I would note that Mr. Charles is seen frequently by Cheshire medical and I am confident in stating that no one is deliberately indifferent to his medical needs.

3

I have read the foregoing and it is true and accurate to the best of my knowledge and belief.

                                              Ricardo Ruiz, M.D.

Subscribed and sworn to before me this 10th day of November, 2004

Exp: 1/31/05

Notary Public