# EXHIBIT I

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | PRISONER |
| | : | |
| V. | : | CIV. NO. 3:02CV1341(AWT)(WIG) |
| | : | |
| JACK MALEH, ET AL. | : | |

### AFFIDAVIT OF DONNA GLEASON

STATE OF CONNECTICUT    )
                        ) s.s. Cheshire, Connecticut
COUNTY OF NEW HAVEN     )

I, Donna Gleason, having been duly sworn, deposes and says that:

1. I am over the age of eighteen and understand the obligations of an oath.

2. I am a registered dental assistant. I am stationed at the Cheshire Correctional Institution ("Cheshire") in Cheshire, Connecticut.

3. I am familiar with the provision of dental care at Cheshire.

4. If an inmate wishes to see a dentist, he must submit a request form.

5. I review the inmate requests to see dental and schedule the visits.

6. I have reviewed the log books in which I record requests to see dental. A review of these books indicates that Inmate Leo Felix Charles, No. 193138 has not requested to see dental while at Cheshire since at least September 2002.

7. I have scheduled an appointment for Mr. Charles to see a dentist within ten days.

_____ 10/29/04
Donna Gleason

Subscribed and sworn to before me
this 29 day of Oct, 2004
_____
Notary Public
Date Commission Expires: 10/31/2006

Notary Commission Stamp
C. Hickman
Commission Expires 10/31/2006

Subscribed and sworn to before me this 29 day of October, 2004

_____
Notary Public

Notary Commission Stamp
C. Hickman
Commission Expires 10/31/2006