United States District Court
District of Connecticut

Leo Felix Charles         Civil No 3:02CV1341 (AWT)(WIG)
V
Jack Maleh, Et Al         November 22, 2004

Plaintiff Motion For Extension Of Time to Respond
To Defendants Motion For Summary Judgment

Pursuant to Rule 9 (b) Federal Rule of Civil Procedure, the plaintiff in the above captioned matter request that the Court grant an Extension of time until March 22, 2005 to Respond to Defendants Motion For Summary Judgment.

In support of this motion the plaintiff states the following:

1- On November 16, 2004 the plaintiff received the defendants Motion For Summary Judgment that was due for the past 7 months despite court order directing the defendants to File their Summary Judgment Motion.

2- On November 17, 2004 Defendant Pauline Husband wrote plaintiff a Disciplinary Report and sent him to Segregation. The plaintiff

is deprived of all access to his legal materials and he is unable at this time to start yet reading the defendants Motion and to start prepare a response

3_ The plaintiff is contemplating to file a Motion under Rule 56(F) to get the defendants to comply to past request for Interrogatories, Admission and Discovery request that was unanswered. The plaintiff is in segregation and he is without his legal materials. He is unable to prepare the Motion under Rule 56(F) of the Federal Civil Rule procedure

4_ As indicated before in plaintiff previous Motion to this Court. The Department of Correction still has possession of plaintiff legal court materials pertaining to this action as well as his medical file which made it impossible. Because without those documents plaintiff is limited to respond appropriately to the Defendants Motion for Summary Judgment.

5_ The plaintiff believe that he will be out of Segregation by December 22, 2004 if the defendants and their comrades stop their retaliation and the plaintiff will need time

2

to get his legal materials pertaining to this case that the Department of Correction confiscated as well as his medical file so he could be able to respond to the Defendants Motion For Summary Judgment on or before March 22, 2005.

Wherefore the plaintiff prays that this Court grant this Motion For Extension of Time until March 22, 2005 for plaintiff to respond to the defendants Motion For Summary Judgment.

This is plaintiff First Extension of Time request to Respond to the Defendants Motion For Summary Judgment and will not need another extension of time if the Defendants stop their retaliation.

The plaintiff is in Segration and has been unable to contact the defendants Attorney concerning this Motion For Extension of Time to see if any objection thereto.

Respectfully Submitted
By

Leo Felix Charles
Pro se. Plaintiff

3

Certification

I hereby certify that a copy of the foregoing was mailed First Class postage, prepaid on this 22nd day of November 2004 to:

Neil Parrille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
Pro Se Plaintiff
Cheshire Correctional Inst
900 Highland Avenue
Cheshire, CT 06410

4