UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEO FELIX CHARLES | : |
| | :     PRISONER |
| v. | :     Case No. 3:02CV1341(AWT)(WIG) |
| | : |
| JACK MALEH, et al. | : |

RULING AND ORDER

Plaintiff seeks an extension of time, until March 22, 2005, to file his response to defendants' motion for summary judgment. He states that he has requested ample time so another motion for extension of time will not be needed.

Plaintiff's motion [**doc. #57**] is **GRANTED**.

**SO ORDERED** at Bridgeport, Connecticut, this 15th day of December, 2004.

　　　　　　　　　　　　　　　　　　　　/s/
　　　　　　　　　　　　　　　　WILLIAM I. GARFINKEL
　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE