UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEO FELIX CHARLES            :
                             :           PRISONER
     v.                      :   Case No. 3:02CV1341(AWT)(WIG)
                             :
JACK MALEH, et al.           :
```

RULING AND ORDER

The plaintiff seeks an order directing the defendants to return his legal materials.  He states that he had five boxes of personal property and legal materials while he was confined at Northern Correctional Institution.  After being transferred to Cheshire Correctional Institution, the plaintiff received two boxes of personal property but none of his legal materials.  The plaintiff states that he filed grievances and sought assistance in obtaining his legal materials from correctional staff and the defendants' attorney without success.  The defendants have not responded to this motion.  The plaintiff states that he needs these materials to respond to the defendants' motion for summary judgment.

The plaintiff's motion is being granted.  The defendants are directed to locate the plaintiff's boxes of legal materials and return them to him.  In addition, the defendants' counsel is directed to file a notice within twenty days from the date of this order reporting the results of the defendants' efforts.

Failure to comply with this order may result in the denial of the defendants' motion for summary judgment.

In addition, the defendants have filed a notice of the death of defendant Maleh. Rule 25(a)(1), Fed. R. Civ. P., provides that if a party dies, any other party may file a motion substituting a proper party. Such motion must be made within ninety days after the death is suggested on the record. If no motion for substitution is filed, the court must dismiss the action as to the deceased party.

The defendants filed their notice on October 19, 2004. The ninety-day period expired on January 18, 2005. No motion for substitution of a party has been filed. Therefore, all claims against defendant Maleh are being dismissed.

Accordingly, the plaintiff's motion for return of his legal materials [**doc. #47**] is hereby **GRANTED**. The defendants are directed to locate and return the plaintiff's legal materials and report the results of their efforts to the court. All claims against deceased defendant Maleh are hereby **DISMISSED.**

It is so ordered. Dated this _____ day of February 2005, at Hartford, Connecticut.

_____/s/_____
Alvin W. Thompson
United States District Judge
