**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

|  |  |  |
|---|---|---|
|  |  | PRISONER |
| LEO FELIX CHARLES | : | CIVIL NO. 3:02CV1341 (AWT)(WIG) |
|  |  |  |
| v. | : |  |
|  |  |  |
| JACK MALEH, ET AL. | : | FEBRUARY 14, 2005 |

**DEFENDANTS' NOTICE OF COMPLIANCE WITH THE**
**COURT'S RULING AND ORDER DATED FEBUARY 9, 2005**

In the above captioned Ruling and Order, the Court ordered the defendants to permit the

plaintiff, a pro se inmate, access his legal materials and ordered the defendants to report to the

Court their efforts in this regard.  Through an agreement with the plaintiff, the administration at

Cheshire Correctional Institution, has complied with the Court Order.  The plaintiff has

consolidated his legal materials into six (6) boxes.  These boxes of legal materials, if stored in a

single cell, along with the plaintiff and a cellmate, would pose a safety and fire hazard.

Accordingly, the plaintiff will be permitted to retain two (2) boxes in his cell and store the

additional boxes in a storage closet that is approximately six feet from his cell.  The plaintiff will

be permitted to exchange his boxes, as needed.

> DEFENDANTS
> Jack Maleh, et al.
>
> RICHARD BLUMENTHAL
> ATTORNEY GENERAL
>
>
> BY:     _____/s/_____
>          Matthew B. Beizer
>          Assistant Attorney General
>          110 Sherman Street
>          Hartford, CT  06105
>          Federal Bar #ct16304
>          E-Mail:  matthew.beizer@po.state.ct.us
>          Tel.: (860) 808-5450
>          Fax: (860) 808-5591

## **CERTIFICATION**

I hereby certify that a copy of the foregoing was mailed to the following on this 14th day

of February, 2005:

      Leo Felix Charles # 193138
      Cheshire Correctional Institution
      900 Highland Avenue
      Cheshire, CT 06410


_____/s/_____
Matthew B. Beizer
Assistant Attorney General