United States District Court
District of Connecticut

FILED
2005 FEB 23  P 4:32
U.S. DISTRICT COURT
BRIDGEPORT, CONN

Leo Felix Charles       Civil No 3:02CV1341(AWT)(WIG)
v
Jack Maleh, Et Al       February 8, 2005

Plaintiff Statement of Disputed Factual Issues

Defendants have moved for Summary Judgment on the plaintiff Claims. Pursuant to Local Rule 9(c)2 plaintiff submits the following list of genuine issues of material fact that require the denial of defendants motion.

1 - Whether the Connecticut Department of Correction Health Consultation X-Ray of plaintiff right shoulder request # 9938 diagnosis and findings was negative or positive.

2 - Whether the University of Connecticut Health Center X-Ray of plaintiff right shoulder request # 0022609 Diagnostic Radiologic Report was positive or negative.

3 – Whether the University of Connecticut Health Center X-Ray of plaintiff right shoulder request # 00 33 0955 Diagnostic Radiologic Report was positive or negative.

4 – Whether the University of Connecticut Health Center X-Ray of plaintiff right shoulder request # 00 2615 28 Diagnostic Radiologic Report was positive or negative.

5 – Whether the plaintiff claims against defendant Mingzer are barred by the statute of limitations or not barred by the statute of limitations.

6 – Whether defendants Rodriguez and Armstrong was part of the Cheshire medical staff or was not part of the Cheshire Medical staff

7 – Whether defendant Cooper was the medical supervisor or medical grievance coordinator or was not medical supervisor or medical grievance coordinator.

2

8. Whether there is a policy or no policy concerning the provisions of medical and dental services at Cheshire Correctional.

9. Whether defendants Rodriguez and Armstrong are medical doctor or not medical doctor.

10. Whether the plaintiff requested surgery for his shoulder injuries or has not requested surgery.

11. Whether the plaintiff received surgery or has not received surgery resulting from the defendants deliberate indifference or from their purposeful use of denial of medical care.

12. Whether there is a cure or no cure for the plaintiff sore, swollen, bleeding gums and or Periodontal disease.

13. Whether there is treatment available or not available in Dept of Correction regarding plaintiff sore, swollen, bleeding gums and or Periodontal disease.

3

14 - Whether University of Connecticut Health Center Infectious Disease Serology report order # 68280818 of plaintiff for H-Pylori was positive or negative.

15 - Whether University of Connecticut Health Center Infectious Disease Serology report order # 62160555 of plaintiff for Hepatitis "B" Surface "AB" was positive or negative.

16 - Whether University of Connecticut Health Center X-Ray of plaintiff Chest request order # 00447954 Diagnostic Radiologic Report revealed plaintiff Heart is enlarged or not enlarged.

17 - Whether there was a policy or no policy concerning bathroom use by white inmates, Hispanic, and Blacks at Cheshire Correctional Medical Unit.

18 - Whether the plaintiff has a Constitutional rights to a Hearing before transferred to Mental Institution for administration of psychotic drugs.

4

19_ Whether the plaintiff has a liberty interest or no liberty interest concerning his placement in segregation.

20_ Whether the defendants was defaulted by the State Habeas Court Robinson, J. for the same medical issues that is presently before this Court or was not defaulted.

21_ Whether the plaintiff suffered from mental defects or no mental defects

By

Leo Felix Charles
Prose Plaintiff

5

Certification

I hereby certify that a copy of the foregoing was mailed, postage prepaid on this 8th day of February 2005 to

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
Cheshire Correctional Inst
900 Highland Avenue
Cheshire, CT 06410

Pro se Plaintiff

6