United States District Court **FILED**
District of Connecticut
2005 FEB 25 P 4:05
U.S. DISTRICT COURT

Leo Felix Charles          Civil No. 3:02CV1341 (AWT)(WIG)
vs
Jack Maleh, Et AL          February 18, 2005

Plaintiff Objection To Defendants Notice of Compliance With The Court's Ruling And Order Dated February 9, 2005

The plaintiff in the above captioned matter object to the defendants Notice of compliance with the Court's ruling and order dated February 9, 2005.

In response to the Court's ruling and order, and the defendants compliance case Leo Felix Charles v. Jack Maleh, Et AL NO. 3:02CV1341 (AWT)(WIG) no legal court's materials was obtained from the defendants as ordered by the Court. Although the plaintiff has responded to the defendants Motion for Summary Judgment to the best of his ability. The plaintiff still in needs of these materials confiscated by the defendants. Because they contained documents pertaining to his criminal

Habeas Petition, Federal Habeas Petition prepared by the plaintiff as well as documents of another civil rights lawsuit prepared by the plaintiff against the Department of Correction. These legal court's documents still missing from plaintiff property. Although the plaintiff has received some of his legal property, (see enclosed copies) given instruction on how plaintiff must receive his legal court's materials, or otherwise they'll be destroyed. The plaintiff request the Court to order the defendants one more time to locate plaintiff boxes of legal materials and return them to him.

Respectfully Submitted
By
Leo Felix Charles
Pro Se Plaintiff

2

Certification

I hereby certify that a copy of the foregoing was mailed to the following on this 18th day of February 2005 to:

Matthew B. Beizer
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
Cheshire Correctional Institution
900 Highland Avenue
Cheshire, CT 06410

3

**Cheshire C. I.**
**Capt. Esposito**
**NB 5&6 Unit Manager**

# Memo

To: Charles 193138 NB517
From: Capt. Esposito
Date: 2/9/05
Re: Legal boxes

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

 Please be advised that property officer Tefoe has received 11 legal boxes from your previous location. You are only allowed to have two in your cell. The other remaining boxes must be mailed home or will be destroyed after a certain time frame. An exception to this is, if you write to Warden Dzurenda and prove to him that these boxes are applicable to **current** pending cases you have then he may allow you to store them in the housing unit property room. Should this be the case you need to write to him as soon as possible. Thank you for your cooperation regarding this matter.

Capt. Esposito

**Cheshire C. I.
Capt. Esposito
NB 5&6 Unit Manager**

# Memo

To: Charles 193138 NB547
From: Capt. Esposito
Date: 2/10/05
Re: Legal boxes

■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■■

 Please be advised that you are being allowed to have 2 legal boxes in your cell and three in the housing unit property room. As needed you will be allowed to exchange them when you request to do so through me. Any questions feel free to contact me at any time.

                                                            Capt. Esposito



# Inmate Request Form
## Connecticut Department of Correction

CN 9602
Rev. 9/3/02

**Inmate Name:** Leo Felix Charles
**Inmate no.:** 193138
**Facility:** Cheshire Correctional Institution
**Housing unit:** NB-547
**Date:** February 10, 2005
**Submitted to:** Warden Dzurenda

**Request:** Warden Dzurenda, on February 9, 2005 I received a Memo from Captain Esposito regarding 11 boxes of legal courts materials that property officer Tefoe has received from Gainer Correctional Institution. In the Memo Captain Esposito stated that I could only have two in my cell and that the remaining boxes must be mailed home or will be destroyed unless I write to you concerning this matter. To begin I don't have a home. All my legal courts documents are pending cases that I am litigating right at this moment. Furthermore all my legal courts documents including Laws books, religious books has been hold on 9 boxes since I been incarcerated. The 11 boxes in the custody of property officer Tefoe could be fitted in three boxes. I need the contents in the boxes immediately because I have dead line by Monday February 14, 2005 to mail to court some documents that I had already prepared in one of my pending cases. Thank you very much.
P.S. Every documents in the boxes are Courts pending cases. Stop this retaliation!!!

**Acted on by (print name):** J. Dzurenda
**Title:** Warden

**Action Taken and/or Response:**
I will only authorize a total of five (5) boxes. You can only retain two (2) boxes in your cell and three (3) boxes stored outside the entrance of your Housing Unit. More than two (2) boxes in your cell will become a fire hazard and an obstacle for time of staff response. Please contact your Unit Manager who will ensure that you have adequate availability to your boxes being stored.

**Staff Member Signature:** James Dzurenda, Warden
**Date:** 2/10/05