United States District Court
For the District of Connecticut

Case No. 3:02CV1341 (AWT)

Leo Felix Charles
   Plaintiff
v.
Jack Maleh, et al
   Defendants

Notice of Appeal

Notice is hereby given that Leo Felix Charles, plaintiff in the above entitled matter, appeal to the United States Court of Appeal for the Second Circuit from the final Judgment entered in this action by United States District Judge Alvin W. Thompson on March 8, 2006, granting the defendants Summary Judgment, and dismissing plaintiff 1983 Civil Rights Action.

Respectfully Submitted
by
Leo Felix Charles #193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

Date: March 14, 2006

Certificate of Service

This is to certify that the foregoing Motion Notice of Appeal was sent by U.S. Mail postage, prepaid on this 14th day of March 2006 to:

Clerk's Office, United States District Court
United States Court House
450 Main Street
Hartford, Ct 06103

U.S. Court of Appeal
For the Second Circuit
U.S. Court House
40 Foley Square Room 1803
New York, N.Y. 10001

by

Leo Felix Charles #193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

2