United States District Court
For the District of Connecticut

Leo Felix Charles              Case No. 3:02CV1341(AWT)
   Plaintiff
v.
Jack Maleh, et al
   Defendants                  March 14, 2006

Plaintiff Motion To Proceed In Forma Pauperis On Appeal to The Second Circuit Court, From District Court Judge's Granting the Defendants Summary Judgment And Dismissing of Plaintiff 1983 Civil Rights Action

Comes now the plaintiff Leo Felix Charles, respectfully requesting the Court to grant him In Forma Pauperis Status to proceed in Appeal to the Second Circuit to appeal the court's recent decision granting the defendants summary judgment and dismissing of plaintiff 1983 Civil Rights Action, and states the following in support.

1 — This Honourable Court granted plaintiff In Forma Pauperis Status to proceed with Civil

Rights Claims before the District Court pursuant to 28 U.S.C. 1915. From that period granting In Forma Pauperis to the present, plaintiff indigent status remain the same. (see the plaintiff Prison Trust Account Statement attached hereto.

2. Because of plaintiff's inability to prepay filing fees on Appeal, Plaintiff request of this Court to grant his Motion to proceed In Forma Pauperis on Appeal to the Second Circuit.

Respectfully Submitted
by

Date March 14, 2006

Leo Felix Charles #193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

2

## Certificate of Service

This is to certify that the foregoing Motion to Proceed In Forma Pauperis on Appeal was sent by U.S. Mail postage, prepaid on this 14th day of March 2006 to:

Clerk's Office, United States District Court
United States Court House
450 Main Street
Hartford, CT 06103

U.S. Court of Appeal
for the Second Circuit
U.S. Court House
40 Foley Square, Room 1803
New York, N.Y. 10001

by
Leo Felix Charles #193138
Cheshire Correctional Inst
900 Highland Avenue
Cheshire, CT 06410


3