United States District Court
For the District of Connecticut

Leo Felix Charles
Plaintiff

v.

Jack Maleh, et al
Defendants

Case No. 3:02CV1341 (AWT)

March 14, 2006

Plaintiff Affidavit In Support to Proceed On Appeal In Forma Pauperis Status

I, Leo Felix Charles being duly sworn, depose and say that I am the plaintiff in the above-entitled case; that in support of my motion to proceed on appeal without being required to prepay fees, cost or give security therefor, I state that I am an indigent prisoner with a prison job in the Laundry making $15.00 a month. Because of my poverty I am unable to pay the costs of said proceeding or to give security therefor; that I believe I am entitled to redress; and that the issues which I desire to present on appeal are the following:

1— The District Court should not have granted Summary Judgment based on its Resolution of Disputed Facts.

2- The plaintiff's Factual allegations raise a Material Issue triable under the Eighth and Fourteenth Amendment of the U.S. Constitution.

3- The District Court impermissibly decided the question of Material Fact when it granted Summary Judgment namely, on Res Judicata.

4- The District Court improperly decided the claims of personal involvement of defendants Cooper, Rodriguez and Armstrong under the Standard applicable to Supervisory Officials.

5- The District Court improperly decided the Medical and Dental Civil Rights claims when it granted Summary Judgment based on Res Judicata and dismissing plaintiff 1983 Civil Rights action.

6- The District Court improperly decided the claim of denial of Due Process at the disciplinary hearing under the "Sandin" standard.

7- The District Court improperly decided the Retaliation claims alleged by the plaintiff in this Civil Rights Action.

2

8_ The District Court improperly decided the conspiracy claims alleged by the plaintiff in this Civil Rights Action.

Declaration Under Penalty of Perjury

I declare under penalty of perjury that I am the maker of this affidavit, that I have read the above affidavit and that the information about my indigency to Proceed In Forma Pauperis in Appeal is true and correct to the best of my knowledge, understanding, and belief 28 U.S.C. 1746, 18 U.S.C. 1621.

Respectfully
By

Leo Felix Charles #193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

3

## Certificate of Service

This is to certify that a copy of the foregoing Affidavit was sent by U.S. Mail postage, prepaid on this 14th day of March 2006 to:

Clerk's Office, United States District Court
United States Court House
450 Main Street
Hartford, Ct 06103

U.S. Court of Appeal
For the Second Circuit
U.S. Court House
40 Foley Square, Room 1803
New York, N.Y 10601

by

Leo Felix Charles # 193138
Cheshire Correctional Inst.
900 Highland Avenue
Cheshire, Ct 06410

4

```
             CONNECTICUT DEPARTMENT OF CORRECTION            OTRTASTA
                    TRUST  ACCOUNT  STATEMENT                4.14.1.4
```

DOC: 0000193138    Name: CHARLES, LEO FELIX             DOB: 08/16/1954
LOCATION: 125-L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 08/09/2005 | DSP | L5 /NOBL DSP /FUL /Rg:1 2 $0.75 08/03/2005 08/04/2005 | 1.50 | 1.50 |
| 08/09/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 0.30) | 1.20 |
| 08/22/2005 | DSP | L5 /NOBL DSP /FUL /Rg:1 5 $0.75 08/05/2005-08/11/2005 L5 /NOBL DSP /FUL /Rg:1 5 $0.75 08/12/2005 08/18/2005 | 7.50 | 8.70 |
| 08/23/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 7.20 |
| 09/06/2005 | CRS | CRS SAL ORD #3373716 D2 | ( 7.05) | 0.15 |
| 09/08/2005 | DSP | L5 /NOBL DSP /FUL /Rg:1 5 $0.75 08/19/2005-08/25/2005 L5 /NOBL DSP /FUL /Rg:1 5 $0.75 08/26/2005-09/01/2005 | 7.50 | 7.65 |
| 09/08/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.15 |
| 09/12/2005 | CRS | CRS SAL ORD #3387012 D2 | ( 5.12) | 1.03 |
| 09/19/2005 | DSP | L5 /NOBL DSP /FUL /Rg:1 5 $0.75 09/02/2005 09/08/2005 L5 /NOBL DSP /FUL /Rg:1 5 $0.75 09/09/2005 09/15/2005 | 7.50 | 8.53 |
| 09/19/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 7.03 |
| 09/26/2005 | CRS | CRS SAL ORD #3414612 D2 | ( 7.02) | 0.01 |
| 10/03/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 $0.75 09/16/2005-09/22/2005 L5 /NOBL DSP /FUL /Rg:1 0 $0.75 09/16/2005-09/19/2005 L6 /NOBL DSP /FUL /Rg:1 5 $0.75 09/23/2005-09/29/2005 | 7.50 | 7.51 |
| 10/03/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.01 |
| 10/12/2005 | CRS | CRS SAL ORD #3447212 D2 | ( 4.63) | 1.38 |
| 10/14/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 $0.75 09/30/2005-10/06/2005 L6 /NOBL DSP /FUL /Rg:1 5 $0.75 10/07/2005-10/13/2005 | 7.50 | 8.88 |
| 10/14/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 7.38 |
| 10/31/2005 | FOIR | Freedom of Information Requests 125 | ( 2.25) | 5.13 |
| 10/31/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 $0.75 10/14/2005-10/20/2005 L6 /NOBL DSP /FUL /Rg:1 5 $0.75 10/21/2005-10/27/2005 | 7.50 | 12.63 |
| 10/31/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 11.13 |
| 11/07/2005 | CRS | CRS SAL ORD #3497139 D2 | ( 10.85) | 0.28 |
| 11/14/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 $0.75 10/28/2005-11/03/2005 L6 /NOBL DSP /FUL /Rg:1 5 $0.75 11/04/2005-11/10/2005 | 7.50 | 7.78 |
| 11/14/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.28 |

DOC: 0000193138    Name: CHARLES, LEO FELIX                                    DOB: 08/16/1954
LOCATION: 125-L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---:|---:|
| 11/29/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 11/11/2005-11/17/2005 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 11/18/2005-11/24/2005 | 7.50 | 13.78 |
| 11/29/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 12.28 |
| 11/29/2005 | CRS | CRS SAL ORD #3545864 D2 | ( 5.83) | 6.45 |
| 12/12/2005 | CRS | CRS SAL ORD #3575109 D2 | ( 6.38) | 0.07 |
| 12/13/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 11/25/2005-12/01/2005 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 12/02/2005-12/08/2005 | 7.50 | 7.57 |
| 12/13/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.07 |
| 12/22/2005 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 12/09/2005-12/15/2005 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 12/16/2005-12/22/2005 | 7.50 | 13.57 |
| 12/22/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 12.07 |
| 12/27/2005 | CRS | CRS SAL ORD #3605760 D2 | ( 5.51) | 6.56 |
| 01/09/2006 | CRS | CRS SAL ORD #3633751 D2 | ( 6.53) | 0.03 |
| 01/10/2006 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 12/23/2005-12/29/2005 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 12/30/2005-01/05/2006 | 7.50 | 7.53 |
| 01/10/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.03 |
| 01/17/2006 | CRS | CRS SAL ORD #3645550 D2 | ( 5.68) | 0.35 |
| 01/25/2006 | DSP | L6 /NOBL DSP /FUL /Rg:1 0 @0.75 01/06/2006-01/12/2006 L6 /NOBL DSP /FUL /Rg:1 0 @0.75 01/13/2006-01/19/2006 | 0.00 | 0.35 |
| 01/27/2006 | DSP | Inmate State Pay 125 011906 | 7.50 | 7.85 |
| 01/27/2006 | DED | Deduction-PLRA-10272000 | ( 1.50) | 6.35 |
| 02/01/2006 | CRS | CRS SAL ORD #3676989 D2 | ( 4.38) | 1.97 |
| 02/06/2006 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 01/20/2006-01/26/2006 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 01/27/2006-02/02/2006 | 7.50 | 9.47 |
| 02/06/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 7.97 |
| 02/16/2006 | CRS | CRS SAL ORD #3706756 D2 | ( 7.36) | 0.61 |
| 02/21/2006 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 @0.75 02/03/2006 02/09/2006 L6 /NOBL DSP /FUL /Rg:1 5 @0.75 02/10/2006-02/16/2006 | 7.50 | 8.11 |
| 02/21/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | ( 1.50) | 6.61 |
| 03/01/2006 | CRS | CRS SAL ORD #3733811 D2 | ( 5.50) | 1.11 |

DOC: 0000193138      Name: CHARLES, LEO FELIX                    DOB: 08/16/1954
LOCATION: 125-L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 03/06/2006 | DSP | L6 /NOBL DSP /FUL /Rg:1 5 $0.75 02/17/2006-02/23/2006 L6 /NOBL DSP /FUL /Rg:1 5 $0.75 02/24/2006- 03/02/2006 | 7.50 | 8.61 |
| 03/06/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | (1.50) | 7.11 |
| 03/07/2006 | CRS | CRS SAL ORD #3744889 D2 | (6.72) | 0.39 |

TRANSACTION DESCRIPTIONS --                MANDATORY SAVINGS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                BONDS SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|

TRANSACTION DESCRIPTIONS --                PLRA SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 10/27/2000 | OT | TRANSFER TO PLRA | 109.35 | 109.35 |
| 11/08/2000 | DED | Deduction-PLRA-10272000 | 4.90 | 114.25 |
| 11/22/2000 | DED | Deduction-PLRA-10272000 | 4.90 | 119.15 |
| 12/07/2000 | DED | Deduction-PLRA-10272000 | 4.90 | 124.05 |
| 12/20/2000 | DED | Deduction-PLRA-10272000 | 4.90 | 128.95 |
| 01/03/2001 | DED | Deduction-PLRA-10272000 | 4.90 | 133.85 |
| 01/17/2001 | DED | Deduction-PLRA-10272000 | 4.90 | 138.75 |
| 01/30/2001 | DED | Deduction-PLRA-10272000 | 4.90 | 143.65 |
| 02/20/2001 | DED | Deduction-PLRA-10272000 | 4.90 | 148.55 |
| 04/10/2002 | DED | Deduction-PLRA-10272000 | 2.75 | 151.30 |
| 04/24/2002 | DED | Deduction-PLRA-10272000 | 2.75 | 154.05 |
| 05/06/2002 | DED | Deduction-PLRA-10272000 | 3.50 | 157.55 |
| 05/21/2002 | DED | Deduction-PLRA-10272000 | 3.50 | 161.05 |
| 05/24/2002 | WPLRA | PLRA Payment 398cv2033 | (150.00) | 11.05 |
| 06/04/2002 | DED | Deduction-PLRA-10272000 | 1.25 | 12.30 |
| 12/16/2002 | DED | Deduction-PLRA-10272000 | 2.10 | 14.40 |
| 12/30/2002 | DED | Deduction-PLRA-10272000 | 2.10 | 16.50 |
| 01/13/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 18.60 |
| 01/28/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 20.70 |
| 02/11/2003 | DED | Deduction-PLRA-10272000 | 1.80 | 22.50 |
| 02/24/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 24.60 |
| 03/10/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 26.70 |
| 03/21/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 28.80 |

03/15/2006 10:01
CHE143
Case 3:02-cv-01341-AWT    Document 68-2    Filed 03/22/2006    Page 8 of 8
CONNECTICUT DEPARTMENT OF CORRECTIONS
CONNECTICUT DEPARTMENT OF CORRECTION                OTRTASTA
          T R U S T   A C C O U N T   S T A T E M E N T           4.14.1.4

DOC: 0000193138     Name: CHARLES, LEO FELIX                      DOB: 08/16/1954
LOCATION: 125-L

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|
| 04/07/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 30.90 |
| 04/21/2003 | DED | Deduction-PLRA 10272000 | 2.10 | 33.00 |
| 05/05/2003 | DED | Deduction-PLRA-10272000 | 2.10 | 35.10 |
| 05/20/2003 | DED | Deduction-PLRA 10272000 | 2.10 | 37.20 |
| 06/02/2003 | DED | Deduction-PLRA-10272000 | 0.45 | 37.65 |
| 08/09/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 0.30 | 37.95 |
| 08/23/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 39.45 |
| 09/08/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 40.95 |
| 09/19/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 42.45 |
| 10/03/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 43.95 |
| 10/14/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 45.45 |
| 10/31/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 46.95 |
| 11/14/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 48.45 |
| 11/29/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 49.95 |
| 12/13/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 51.45 |
| 12/22/2005 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 52.95 |
| 01/10/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 54.45 |
| 01/27/2006 | DED | Deduction-PLRA 10272000 | 1.50 | 55.95 |
| 02/06/2006 | DED | DSP-PAY Deduction-PLRA 10272000 | 1.50 | 57.45 |
| 02/21/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 58.95 |
| 03/06/2006 | DED | DSP-PAY Deduction-PLRA-10272000 | 1.50 | 60.45 |

TRANSACTION DESCRIPTIONS --                    HOLIDAY PACKAGES  SUB-ACCOUNT

| DATE | TYPE | TRANSACTION DESCRIPTION | TRANSACTION AMT | BALANCE |
|---|---|---|---|---|