**UNITED STATES DISTRICT COURT**
**DISTRICT OF CONNECTICUT**

```
-------------------------------x
                               :
LEO FELIX CHARLES,             :
                               :
     Plaintiff,                :
                               :
v.                             :   Civil No. 3:02CV01341(AWT)
                               :
PAULYN HUSBAND,                :
                               :
     Defendant.                :
                               :
-------------------------------x
```

**ENDORSEMENT ORDER**

The plaintiff's motion to proceed in forma pauperis on appeal to the Second Circuit (Doc. No. 68) is hereby DENIED. The Second Circuit has jurisdiction over appeals from final orders. 28 U.S.C.A. § 1291 (West 1993 & Supp. 2005). Unless an order is "too important to be denied review and too independent of the cause itself to require that appellate consideration be deferred until the whole case is adjudicated," an order "granting partial summary judgment cannot by itself form the basis of an appeal because it is nonfinal." LaTrieste Restaurant and Cabaret v. Village of Port Chester, 96 F.3d 598, 599 (2d Cir. 1996).

It is so ordered.

Dated the 11th day of April 2006, at Hartford, Connecticut.

/s/Alvin W. Thompson
_____
Alvin W. Thompson
United States District Judge