**UNITED STATES DISTRICT COURT**
DISTRICT OF CONNECTICUT
OFFICE OF THE CLERK
UNITED STATES COURTHOUSE
450 MAIN STREET
HARTFORD, CT 06103

KEVIN F. ROWE
CLERK

TEL. NO. 240-3200
(AREA CODE 860)

FILED

2006 MAY -8  A 10:

VICTORIA C. MINOR
CHIEF DEPUTY CLERK

LINDA I. KUNOFSKY
DEPUTY-IN-CHARGE
HARTFORD

April 21, 2006

Roseann B. MacKechnie, Clerk
U.S. Court of Appeals
U.S. Courthouse
Foley Square
New York, NY  10007

    Case No:    3:02cv1341(AWT)
    Case Name:  Leo Felix Charles v. Jack Maleh, et al.,
    USCA:      06-1364

Dear Ms. MacKechnie:

Forwarded herewith is the Partial Record on Appeal (documents 1-31) in the above-entitled case, together with a copy of the Notice of Electronic Filing indicating the documents that are enclosed.

          Respectfully,

          Kevin F. Rowe, Clerk

          By:    Martha Gothers
                Deputy Clerk

Encl.

Please acknowledge receipt on the copy of this letter and return it to the Clerk's Office in the envelope provided.

ACKNOWLEDGMENT: _____    DATE: _____

RECEIVED