United States District Court
District of Connecticut

FILED

2005 MAY 12  A 10:52

Leo Felix Charles       Case No. 3:02CV 1341 (AWT)
Plaintiff

vs

Paulyn Husband         May 8, 2006

Motion For The Appointment of Counsel

Pursuant to 28 U.S.C. 1915 (e)(1) the plaintiff moves for an order appointing counsel to represent him at trial in this case. In support of this motion, plaintiff states:

1 — This Honorable Court has granted him leave to proceed in forma pauperis in this civil rights action.

2 — Since the granting in forma pauperis, plaintiff indigent status remain the same and he is unable to afford counsel.

3 — The issues involved in this case are complex, and will require expert testimony and

significant research to get ready for the trial.
Plaintiff has limited knowledge of the law.

4 - The trial in this case will likely involve
conflicting testimony, and counsel would better
enable plaintiff to present evidence and
cross examine witnesses.

5 - The plaintiff is serving his sentence
at Garner Correctional Mental Unit Block. For
this reason he has very limited access to legal
materials and has no ability or knowledge
on how to put into writing the Trial Memo-
randum Ordered by the Court.

6. Plaintiff had in the past contacted
at least 30 Attorneys to take the representation
of his case, and has made repeated efforts
to obtain a lawyer since the Court Ruling
an Order dated March 8, 2006, but to
no avail.

Based on the foregoing the plaintiffs

2

request that the court appoint counsel to repre-
sent him at the trial in this case.

Respectfully Submitted

Leo Felix Charles
Prose Plaintiff

Declaration Under Penalty of Perjury

I Leo Felix Charles, declares under penalty
of perjury that the information on this application
for appointment of Counsel is true and correct
to the best of my Knowledge and belief 28 U.S.C 1746,
18 U.S.C. 1621

By

Leo Felix Charles
Prose Plaintiff

3

Certificate of Service

I hereby certify that a copy of the Foregoing was mailed, postage, prepaid on this 8th day of May 2006 to:

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, Ct 06105

By

Leo Felix Charles
Garner Correctional Inst.
50 Nunnawauk Road
Newtown, Ct 06470

4