United States District Court
District of Connecticut

FILED
2006 MAY 12 A 10: 52

Leo Felix Charles
Plaintiff

Case No. 3:02CV1341 (AWT)

vs

Paulyn Husband

May 8, 2006

## Motion For Settlement Conference

The plaintiff in the above captioned matter propose to settle this action with the defendant without a trial. Plaintiff believe a settlement will be in the best interest of both the defendant and his, and will also serve the court economically if this case is not tried by a jury.

If the defendant are interested in the proposal put forth. The plaintiff request the court held a Status Conference for the purpose of discussing the possibilities for settlement of the case.

Respectfully Submitted
By
Leo Felix Charles
Pro se Plaintiff

Certificate of Service

I hereby certify that a copy of the foregoing was mailed, postage, prepaid on this 8th day of May 2006 to:

Neil Parille
Assistant Attorney General
110 Sherman Street
Hartford, CT 06105

By

Leo Felix Charles
Garner Correctional Inst
50 Nunnawauk Road
Newtown, CT 06470

2