UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Leo Felix Charles
    Plaintiff

Civ No 3:02-cv-1341 (AWT)

Vs

Jack Maleh, et al
    Defendant

January 8, 2007

PLAINTIFF THIRD MOTION FOR APPOINTMENT OF COUNSEL

Plaintiff Leo Felix Charles, pursuant to 28U.S.C.1915(e)(1) respectfully moves for an order appointing counsel to represent him in this case. In support of this motion, the plaintiff states:

1. No appeal is pending regarding the order on Motion For Summary Judgment entered by this court.

2. The appeal had filed in the Second Circuit has been dismissed by the Appeallate Court for lack of jurisdiction. see attached Second Circuit ruling and order.

3. The plaintiff is unable to afford counsel. He has requested and was granted leave to proceed in forma pauperis.

4. Plaintiff has made repeated efforts to obtain a lawyer. He has been unable to find an attorney to take the representation.

5. Plaintiff's imprisonment greatly limit his ability to litigate. The issues involved in this case are complex, and will required expert testimony. Plaintiff has a very limited knowledge of the law

6. A trial in this case will likely involve conflicting testimony, and counsel would better enable plaintiff to present evidence and cross examine witnesses.

Wherefore, plaintiffs request that the court appoint counsel to represent him in this case.

Respectfully Submitted
By: *Leo Felix Charles*
Leo Felix Charles#193138

D.Conn.
02-cv-1341
Thompson, J.

# United States Court of Appeals
FOR THE
SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the 17th day of July two thousand and six,

Present:

    Hon. Barrington D. Parker,
    Hon. Richard C. Wesley,
    Hon. Peter W. Hall,
        *Circuit Judges.*



Leo Felix Charles,

    Plaintiff-Appellant,

v.

                                                       06-1364-pr

Jack Maleh, I/O, Tung Mingzer, I/O, Michael Young, I/O, Maurice Cooper, I/O, Maylor, I/O, Hector Rodriguez, I/O, John J. Armstrong, I/O, Victor Shivy, I/O,

    Defendants-Appellees.

Appellant, *pro se,* moves to proceed *in forma pauperis,* for a certificate of appealability and to stay the appeal pending the district court's adjudication of the entire action. This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay,* 437 U.S. 463, 467 (1978); *United States v. Cambio Exacto,* 166 F.3d 522, 529 (2d Cir. 1999). Therefore, it is ORDERED that the appeal is dismissed. It is FURTHER ORDERED that Appellant's motion for a stay of the appeal is denied and his motions to proceed *in forma pauperis* and for a certificate of appealability are denied as moot.

                                FOR THE COURT:
                                Roseann B. MacKechnie, Clerk

                                By: *Lucille Carr*

SAO/ED   JUL 17 2006

## CERTIFICATION

I hereby certify that a copy of the foregoig with the Second Circuit Court Ruling and Order Dismissal of the Appeal For Lack Of Jurisdiction was mailed first class mail, postage, prepaid on even date to:

>Neil Parille
>Assistant Attorney General
>110 Sherman Street
>Hartford, CT 06105

By *Leo Felix Charles*
Leo Felix Charles#19313

Osborn Correctional Inst.

100 Bilton Road

Somers, CT 06071