D.Conn.
02-cv-1341
Thompson, J.

# United States Court of Appeals
FOR THE
## SECOND CIRCUIT

At a stated Term of the United States Court of Appeals for the Second Circuit, held at the Thurgood Marshall United States Courthouse, at Foley Square, in the City of New York, on the *17th* day of *July* two thousand and six,

Present:

> Hon. Barrington D. Parker,
> Hon. Richard C. Wesley,
> Hon. Peter W. Hall,
> > *Circuit Judges.*

Leo Felix Charles,

> Plaintiff-Appellant,

v.                                                                 06-1364-pr

Jack Maleh, I/O, Tung Mingzer, I/O, Michael Young, I/O, Maurice Cooper, I/O, Maylor, I/O, Hector Rodriguez, I/O, John J. Armstrong, I/O, Victor Shivy, I/O,

> Defendants-Appellees.

Appellant, *pro se,* moves to proceed *in forma pauperis,* for a certificate of appealability and to stay the appeal pending the district court's adjudication of the entire action. This Court has determined *sua sponte* that it lacks jurisdiction over this appeal because a final order has not been issued by the district court as contemplated by 28 U.S.C. § 1291. *See Coopers & Lybrand v. Livesay,* 437 U.S. 463, 467 (1978); *United States v. Cambio Exacto,* 166 F.3d 522, 529 (2d Cir. 1999). Therefore, it is ORDERED that the appeal is dismissed. It is FURTHER ORDERED that Appellant's motion for a stay of the appeal is denied and his motions to proceed *in forma pauperis* and for a certificate of appealability are denied as moot.

FOR THE COURT:
Roseann B. MacKechnie, Clerk

By: *Lucille Carr*

JUL 17 2006

SAO/ED