UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2007 FEB -7 P 2: 15
U.S. DISTRICT COURT

LEO FELIX CHARLES :
:
v. : Case No. 3:02cv1341(AWT)
:
JACK MALEH, et al. :

**ORDER**

Pursuant to Local Rule 29 and at the Court's request, <u>Michael J. Rose, Esquire, Howd & Ludorf, 65 Wethersfield Avenue, Hartford, CT 06114, Tel: (860) 249-1361</u> is appointed as *pro bono* counsel for the plaintiff, <u>Leo Felix Charles</u>, in the above-captioned case for settlement purposes only.

Dated at Bridgeport, Connecticut this 7th day of February, 2007.

          KEVIN F. ROWE, Clerk
          BY

          _____
          Cynthia Earle,
          Staff Attorney