UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | MAY 14, 2007 |

**MOTION FOR**
*WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum* so that he may attend the settlement conference scheduled for May 15, 2007 at 1:00 pm in the chambers of Judge Martinez at 450 Main Street, Room 262, Hartford, Connecticut.  Mr. Charles is currently incarcerated at the Corrigan Correctional Institution, 986 Norwich-New London Turnpike, Uncasville, CT 06382.  His prisoner number is 193198.

WHEREFORE, for the forgoing reasons, the plaintiff respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum*.

                PLAINTIFF
                LEO FELIX CHARLES

        By  /s/Michael J. Rose
            Michael J. Rose (ct14803)
            Rose Kallor, LLP
            750 Main Street, Suite 606
            Hartford, CT 06103
            860-748-4660
            860-241-1547 (Fax)
            e-mail:  mrose@rosekallor.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 14th day of May, 2007.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

                                                        /s/ Michael J. Rose_____
                                                        Michael J. Rose