UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | MAY 17, 2007 |

## <u>APPEARANCE</u>

Please enter the appearance of Johanna G. Zelman, as attorney for the

plaintiff, in addition to Attorney Michael J. Rose, in the above-captioned matter.

PLAINTIFF
LEO FELIX CHARLES

By____/s/  Johanna G. Zelman_____
Johanna G. Zelman [ct26966]
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT  06103
Phone:  (860) 748-4660
Fax:  (860) 241-1574
E-Mail:  jzelman@rosekallor.com

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 17th day of May, 2007.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


_____/s/  Johanna G. Zelman_____
Johanna G. Zelman