UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02cv01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | JULY 13, 2007 |

## MOTION FOR EXTENSION OF TIME

      The plaintiff, LEO FELIX CHARLES, hereby respectfully moves for a twenty-one (21) day extension of time, up to and including August 6, 2007, for the parties to file their Joint Trial Memorandum.  Plaintiff's counsel requires additional time because she has several briefs due in highly complex matters.  Plaintiff's counsel requires additional time to prepare the Trial Memorandum order so that the parties may properly conference with each other and file a joint brief.

      The undersigned certifies that she has contacted defense counsel and that defense counsel consents to the granting of this motion for extension of time.

      WHEREFORE, the plaintiff respectfully requests that this motion for extension of time, up to and including August 6, 2007, for the parties to file their Joint Trial Memorandum be granted.

      PLAINTIFF
      LEO FELIX CHARLES

By    /s/ Johanna G. Zelman_____
    Johanna G. Zelman (ct26966)
    Rose Kallor, LLP
    750 Main Street, Suite 606
    Hartford, CT 06103
    860-748-4660
    860-241-1547 (Fax)
    e-mail: jzelman@rosekallor.com

**CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 13th day of July, 2007. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

                                                ____/s/ Johanna G. Zelman_____
                                                Johanna G. Zelman