UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| LEO FELIX CHARLES | :     CASE 3:02CV1341(AWT) |
| V. | : |
| PAULINE HUSBAND | :     AUGUST 3, 2007 |

## TRIAL MEMORANDUM

Pursuant to this Court's order dated May 17, 2007, the plaintiff, **LEO FELIX CHARLES**, and the defendant, **PAULINE HUSBAND**, hereby respectfully jointly file this Trial Memorandum.

1. **Trial Counsel:**

   **For the Plaintiff:**    Johanna G. Zelman, Esq.
   Michael J. Rose, Esq.
   Rose Kallor, LLP
   750 Main Street, Suite 606
   Hartford, Connecticut 06106

   **For the Defendant:**    Neil Parille
   Matthew Beizer
   Assistant Attorneys General
   110 Sherman Street
   Hartford, Connecticut 06105

2. **Jurisdiction:** The plaintiff's claims arise out of 42 U.S.C. § 1983. The court has jurisdiction to hear this case pursuant to 28 U.S.C. §§ 1331 and 1343.

3. **Jury/Non-Jury:** This is a jury case.

4. **Nature of the Case**: This is a case brought by an inmate confined to the custody of the Commissioner of Correction alleging that the defendant, a nurse employed by University of Connecticut Correctional ("UCONN") Managed Health Care, violated his

right to equal protection of the laws secured by the U.S. Constitution and 42 U.S.C. § 1983. More specifically, Mr. Charles alleges that Nurse Husband violated his equal protection rights by denying him use of the bathroom in the prison medical facility because of his race.

5. **Stipulations of Law and Fact**:

    1.    The plaintiff, Leo Felix Charles, is an inmate confined to the custody of the Connecticut Department of Correction ("DOC").

    2.    The defendant, Nurse Pauline Husband, is employed by UCONN Correctional Managed Health Care and provides nursing services to inmates within the custody of the Department of Correction. She was acting under color of law during the time of the alleged incidents in question.

6. **Plaintiff's Contentions:** The plaintiff contends that the Nurse Husband violated the equal protection clause of the U.S. Constitution when she allegedly denied plaintiff's request to use the bathroom due to his race (African descent) but she permitted White and Hispanic inmates to use the bathroom.

7. **Defendant's Contentions:** The defendant denies the plaintiff's allegations. In particular, she informed the plaintiff that if a male correctional officer was willing to supervise him urinate in a utility bathroom that this would be acceptable. The correctional officer in charge of the inmates declined, informing her that the inmates in medical would shortly be transported back to their cells. The defendant denies that the plaintiff urinated on himself. The defendant maintains that inmates knew that bathroom facilities were limited and that they should use the facilities in their cell prior to coming to medical. The defendant maintains that the bathroom policy was followed uniformly

and was not applied in a discriminatory manner. Further, she denies that anyone at Cheshire ever ordered her to act in a discriminatory manner toward any inmate based on his racial or ethnic background.

8. **Legal Issues**: (1) Whether the defendant violated the plaintiff's right to equal protection of the laws secured by the U.S. Constitution and 42 U.S.C. § 1983 by allegedly denying him access to a bathroom while allowing Caucasian and Hispanic inmates to use the bathroom. (2) If so, what damages are appropriate. (3) Whether, if found liable, the defendant is entitled to qualified immunity.

9. **Voire Dire Questions**: See attached.

10. **List of Witnesses**:

   The plaintiff:

   Leo Felix Charles, Inmate No. 193138
   Corrigan-Radgowski Correctional Institution
   986 Norwich-New London Turnpike
   Uncasville, CT 06382

   Oreby Holby

   Gregory Gaymon, Inmate No. 67327
   Osborn Correctional Institution
   335 Bilton Road, P.O. 665
   Somers, CT 06071

   The defendant:

   Pauline Husband, L.P.N.
   UCONN Correctional Managed Health Care
   263 Farmington Avenue
   Farmington, Connecticut 06030

Nurse Husband will testify to all matters relevant to the plaintiff's allegations including the events on the day in question and the policies of the DOC and Cheshire Correctional Institution with respect to the provision of medical services.

    Officer Wilfredo Silva
    Department of Correction
    24 Wolcott Hill Road
    Wethersfield, Connecticut 06109

Officer Silva will testify to all matters relevant to the plaintiff's allegations including the events on the day in question and the policies of DOC and Cheshire Correctional Institution.

    Maurice Cooper, R.N.
    Department of Children and Families
    505 Hudson Street
    Hartford, Connecticut 06106

Nurse Cooper will testify to all matters relevant to the plaintiff's allegations including the events on the day in question and the policies of the DOC and Cheshire Correctional Institution with respect to the provision of medical services.

    Gerhard Rolland, R.N.
    UCONN Correctional Managed Health Care
    263 Farmington Avenue
    Farmington, Connecticut 06030

Nurse Rolland will testify to all matters relevant to the plaintiff's allegations including the events on the day in question and the policies of the DOC and Cheshire Correctional Institution with respect to the provision of medical services.

    Fmr. Warden Hector Rodriguez
    Department of Correction
    24 Wolcott Hill Road
    Wethersfield, Connecticut 06109

Former Warden of Cheshire Hector Rodriguez will testify to all matters relevant to the plaintiff's allegations including the role of custody staff in the provision of medical services to inmates at Cheshire Correctional Institution in 2002.

    Deputy Warden Timothy Farrell
    Department of Correction
    24 Wolcott Hill Road
    Wethersfield, Connecticut 06109

Deputy Warden Timothy Farrell will testify to all matters relevant to the plaintiff's allegations including the role of custody staff in the provision of medical services to inmates at Cheshire Correctional Institution in 2002.

    Patricia Ottolini (or her designee), Director of Treatment and Addictive Services
    Department of Correction
    24 Wolcott Hill Road
    Wethersfield, Connecticut 06109

Nurse Ottolini (or her designee) will testify to all matters relevant to the plaintiff's allegations including the role of medical staff in the provision of medical services to inmates at Cheshire Correctional Institution in 2002.

A custodian of records may be called to testify concerning the custody of the plaintiff's medical and other records.

11.    **Exhibits**: To be provided in accordance with the trial memorandum.

12.    **Deposition Testimony:** None.

13.    **Requests for Jury Instructions:** See attached.

14.    **Anticipated Evidentiary Problems:** The defendant anticipates that the admissibility of the criminal records of the plaintiff and his witnesses will be an issue pursuant to Federal Rules of Evidence 403 and 609. The plaintiff will object to any

attempt of the defendant to admit these records as they are irrelevant and are more prejudicial than probative.

15. **Proposed Findings and Conclusions**: Not applicable

16. **Trial Time**: The parties estimate that the trial will take two to three days, with additional time for jury deliberation.

17. **Further Proceedings**: None.

18. **Trial by Magistrate Judge:** The parties do not consent to having this case tried by a magistrate judge.

        PLAINTIFF
        Leo Felix Charles


    BY:_____*/s/ Johanna G. Zelman*_____
        Johanna G. Zelman (ct 26966)
        Michael J. Rose (ct14803)
        Rose Kallor, LLP
        750 Main Street, Suite 606
        Hartford, CT 06103
        860-748-4660
        860-241-1547 (Fax)
        e-mail: jzelman@rosekallor.com
        e-mail: mrose@rosekallor.com

        DEFENDANT
        Pauline Husband

        RICHARD BLUMENTHAL
        ATTORNEY GENERAL


BY:____*/s/ Neil Parille*_____
        Neil Parille
        Assistant Attorney General
        Federal Bar No. #Ct. 15278
        Matthew Beizer
        Assistant Attorney General
        Federal Bar No. #Ct.16304
        110 Sherman Street
        Hartford, CT 06105
        Tel.: (860) 808-5450
        Fax: (860) 808-5593
        Neil.Parille@po.state.ct.us
        Matthew.Beizer@po.state.ct.us

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 3rd day of August, 2007.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Neil Parille
Matthew Beizer
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


                                                   _____/s/ Johanna G. Zelman_____
                                                    Johanna G. Zelman