UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | AUGUST 7, 2007 |

## MOTION FOR AN ELECTRONIC FILING ORDER

The plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves this court to enter an order that all documents in the above referenced case be filed electronically via the PACER system. The undersigned certifies that she has contacted counsel for the defendant, **PAULINE HUSBAND**, who consents to the granting of this motion.

WHEREFORE, the plaintiff hereby respectfully requests that an electronic filing order by entered in the above referenced case.

PLAINTIFF
LEO FELIX CHARLES

By    /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103
860-748-4660
860-241-1547 (Fax)
e-mail: jzelman@rosekallor.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was sent via electronic and U.S. Mail to the following counsel of record this 7th day of August, 2007.


Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


                                                /s/ Johanna G. Zelman
                                                Johanna G. Zelman