UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | JANUARY 31, 2008 |

**MOTION FOR**
*WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

    The plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum* so that he may attend the pretrial conference and trial scheduled in the above case before Judge Alvin W. Thomspson in the South Courtroom, at 450 Main Street, Hartford, Connecticut. The pretrial is scheduled for February 11, 2008 at 11:00 a.m. and the trial is scheduled to begin with jury selection on February 15, 2008 at 9:00 a.m. Plaintiff requests that the writ of *habeas corpus ad prosequendum* be effective from February 15, 2008 through the end of jury deliberations. Mr. Charles is currently incarcerated at the Corrigan Correctional Institution, 986 Norwich-New London Turnpike, Uncasville, CT 06382. His prisoner number is 193198.

    WHEREFORE, for the forgoing reasons, the plaintiff respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum*.

                                        PLAINTIFF
                                        LEO FELIX CHARLES

                                  By   /s/ Johanna G. Zelman_____
                                        Johanna G. Zelman (ct26966)
                                        Michael J. Rose (ct14803)
                                        Rose Kallor, LLP
                                        750 Main Street, Suite 606
                                        Hartford, CT 06103
                                        860-748-4660
                                        860-241-1547 (Fax)
                                        e-mail: jzelman@rosekallor.com
                                                    mrose@rosekallor.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 31st day of January, 2008. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

                                                  ___/s/ Johanna G. Zelman_____
                                                  Johanna G. Zelman