UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | FEBRUARY 11, 2008 |

## MOTION FOR
### *WRIT OF HABEAS CORPUS AD PROSEQUENDUM*

The plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum* so that he may attend the pretrial conference and trial scheduled in the above case before Judge Alvin W. Thompsson in the South Courtroom, at 450 Main Street, Hartford, Connecticut.  The pretrial is scheduled for April 14, 2008 at 3:30 p.m. and the trial is scheduled to begin with jury selection on April 17, 2008 at 9:00 a.m. with trial to continue on April 18, 2008 and April 21, 2008.  Mr. Charles is currently incarcerated at the Corrigan Correctional Institution, 986 Norwich-New London Turnpike, Uncasville, CT 06382. His prisoner number is 193198.

WHEREFORE, for the forgoing reasons, the plaintiff respectfully moves this Court to issue a writ of *habeas corpus ad prosequendum*.

PLAINTIFF
LEO FELIX CHARLES


By   /s/ Johanna G. Zelman
     Johanna G. Zelman (ct26966)
     Michael J. Rose (ct14803)
     Rose Kallor, LLP
     750 Main Street, Suite 606
     Hartford, CT 06103
     860-748-4660
     860-241-1547 (Fax)
     e-mail: jzelman@rosekallor.com
            mrose@rosekallor.com

## **CERTIFICATION**

This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 11th day of February, 2008.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

_____/s/ Johanna G. Zelman_____
Johanna G. Zelman