UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | CASE  3:02CV1341(AWT) |
| | : | |
| V. | : | |
| | : | |
| PAULINE HUSBAND | : | MARCH 17, 2008 |

## PLAINTIFF'S SUPPLEMENT TO
## JOINT TRIAL MEMORANDUM

Plaintiff, **LEO FELIX CHARLES**, hereby supplements the parties' joint trial memorandum as follows.  He seeks to update the information provided about Orgeby Hollby, Jr. and Gregory Gaymon, the witnesses that he intends to call to testify on his behalf.  Since the Joint Trial Memorandum was filed, plaintiff has learned that Orgeby Hollby, Jr., Inmate No. 132529, is residing at the Cheshire Correctional Institution, 900 Highland Avenue, Cheshire, CT 06410.  Plaintiff has also learned that Gregory Gaymon, Inmate No. 67327, was transferred to the Willard-Cybulski Correctional Institution, Cybulski Building, 391 Shaker Road, Enfield, CT 06082.

                        PLAINTIFF
                        Leo Felix Charles


                    BY:___/s/ Johanna G. Zelman_____
                        Johanna Zelman (ct 26966)
                        Michael J. Rose (ct14803)
                        Rose Kallor, LLP
                        750 Main Street, Suite 606
                        Hartford, CT 06103
                        860-748-4660
                        860-241-1547 (Fax)
                        e-mail: jzelman@rosekallor.com
                        e-mail: mrose@rosekallor.com

**CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 18th day of March, 2008.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Neil Parille
Matthew Beizer
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


          ___/s/ Johanna G. Zelman_____
          Johanna G. Zelman