UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| JACK MALEH, ET AL. | : | APRIL 2, 2008 |

### MOTION FOR
### *WRIT OF HABEAS CORPUS AD TESTIFICANDUM*

      The plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves this Court to issue a writ of *habeas corpus ad testificandum* so that his witness, Gregory Gaymon, may testify on his behalf at the trial scheduled in the above case before Judge Alvin W. Thompson in the South Courtroom, at the United States District Courthouse for the District of Connecticut, 450 Main Street, Hartford, Connecticut. Plaintiff intends to call Mr. Gaymon to testify on April 18, 2008. Mr. Gaymon is currently incarcerated at the Willard-Cybulski Correctional Institution, 391 Shaker Road, Enfield, Connecticut 06082. His prisoner number is 67327.

      WHEREFORE, for the forgoing reasons, the plaintiff respectfully moves this Court to issue a writ of *habeas corpus ad testificandum* for Mr. Gregory Gaymon on April 18, 2008

                                                      PLAINTIFF
                                                      LEO FELIX CHARLES

                                      By    /s/ Johanna G. Zelman
                                              Johanna G. Zelman (ct26966)
                                              Rose Kallor, LLP
                                              750 Main Street, Suite 606
                                              Hartford, CT 06103
                                              860-748-4660
                                              860-241-1547 (Fax)
                                              e-mail: jzelman@rosekallor.com

## **CERTIFICATION**

       This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 2nd day of April, 2008.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.

Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294

                                                     /s/ Johanna G. Zelman
                                               Johanna G. Zelman