UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| PAULINE HUSBAND | : | APRIL 10, 2008 |

**MOTION IN LIMINE TO PRECLUDE DEFENDANT FROM PRESENTING ANY TESTIMONY, EVIDENCE, DOCUMENTS, COMMENTS OR ARGUMENT REGARDING PLAINTIFF'S OTHER PAST AND PRESENT LAWSUITS**

Plaintiff, **LEO FELIX CHARLES**, hereby moves *in limine* to preclude the defendant, **PAULINE HUSBAND**, from offering any evidence, whether it be in the form of testimony, argument, reference or documents, relating to the plaintiff's other past or now pending lawsuits, including, Charles v. Zwally (Docket No. 3:98-cv-02033-TPS), Charles v. Leonzi (Docket No. 3:99-cv-00273-GLG), and Charles v. Saundry (Docket No. 3:06-cv-00211-AHN). As is fully set forth in the attached memorandum of law, and, even if relevant under Federal Rules of Evidence 401 and 402, the information is overly prejudicial and therefore inadmissible under Federal Rule of Evidence 403.

WHEREFORE, the defendant hereby respectfully moves that this motion *in limine* be granted.

PLAINTIFF
LEO FELIX CHARLES

By      /s/ Johanna G. Zelman
Johanna G. Zelman (ct26966)
Rose Kallor, LLP
750 Main Street, Suite 606
Hartford, CT 06103
860-748-4660
860-241-1547 (Fax)
e-mail: jzelman@rosekallor.com

ORAL ARGUMENT REQUESTED

## CERTIFICATION

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 10th day of April, 2008.  Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's system.


Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


                                                          /s/ Johanna G. Zelman
                                                        Johanna G. Zelman

ORAL ARGUMENT REQUESTED