UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| LEO FELIX CHARLES | : | NO. 3:02-cv-01341 (AWT) |
| | : | |
| v. | : | |
| | : | |
| PAULINE HUSBAND | : | APRIL 10, 2008 |

## MOTION TO SEAL

      Plaintiff, **LEO FELIX CHARLES**, hereby respectfully moves to have docket entry numbers 100, 101, 102, 104 and 105 sealed because they contain confidential information and/or were entered in error.  Docket no. 100 is plaintiff's objection to defendant's exhibits; document 101 is a motion in limine to preclude evidence regarding plaintiff's criminal convictions; docket no. 102 and 104 are motions in limine to preclude evidence regarding plaintiff's witness's criminal convictions; and docket no. 105 is a motion in limine to preclude evidence regarding plaintiff's mental health.  The undersigned certifies that she has spoken to defense counsel and that the defendant has no objection to this motion.

      Defense counsel has indicated that defendant intends to use the Certified Criminal Records of plaintiff and his two witnesses and he inadvertently provided a copy to plaintiff's counsel with information regarding arrests not resulting in convictions as well as nolled charges.  These records contain confidential information which should not be available on the internet.  Moreover, defense counsel has indicated that he intends to provide plaintiff's counsel with updated documents not containing this information, thus making plaintiff's motions in limine, in part, moot.  Finally, docket no. 100 also contains a confidential record regarding plaintiff's mental health.  Therefore, plaintiff requests that docket nos. 100, 101, 102 and 104, be sealed.  Plaintiff may file substitute motions once the correct documents are received.  With regards to

ORAL ARGUMENT NOT REQUESTED

docket no. 105, the information contained therein pertains to plaintiff's mental health.  Because this is confidential information, plaintiff requests that the document be sealed.

    WHEREFORE, plaintiff respectfully requests that docket nos. 100, 101, 102, 104 and 105 be sealed.

                                      PLAINTIFF
                                      LEO FELIX CHARLES

                By      /s/ Johanna G. Zelman
                     Johanna G. Zelman (ct26966)
                     Rose Kallor, LLP
                     750 Main Street, Suite 606
                     Hartford, CT 06103
                     860-748-4660
                     860-241-1547 (Fax)
                     e-mail:  jzelman@rosekallor.com

## **CERTIFICATION**

      This is to certify that a copy of the foregoing was filed electronically to the following counsel of record this 10th day of April, 2008. Notice of this filing will be sent by e-mail to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.


Neil Parille
Assistant Attorney General
Office of the Attorney General
State of Connecticut
MacKenzie Hall
110 Sherman Street
Hartford, CT 06105-2294


                                                                      /s/ Johanna G. Zelman
                                                                     Johanna G. Zelman