CT/cvmhrg (6/17/04)

HONORABLE **Thompson**
DEPUTY CLERK **Smith**   RPTR/ERO/TAPE **Thompson**
TOTAL TIME: ___ hours **35** minutes

DATE **4/14/08**   START TIME **4:15pm**   END TIME **4:50pm**
LUNCH RECESS FROM ___ TO ___
RECESS FROM ___ TO ___ (if more than 1/2 hour)

CIVIL NO. **02CV1341**

**Charles** vs. **Husband**

§
§
§
§
§

**Johanna Zelman**
Plaintiffs Counsel

☐ SEE ATTACHED CALENDAR FOR COUNSEL

**Neil Parille**
Defendants Counsel

## COURTROOM MINUTES - CIVIL (check one box)

☒ **Pretrial Conference** ~~(mhrgh) Motion Hearing~~
☐ (confmhrg.) Confirmation Hearing
☐ (showhrg.) Show Cause Hearing
☐ (contmphrg.) Contempt Hearing
☐ (evidhrg.) Evidentiary Hearing
☐ (jgmdbexam.) Judgment Debtor Exam
☐ (pchrg.) Probable Cause Hearing
☐ (fairhrg.) Fairness Hearing
☐ (stlmthrg.) Settlement Hearing

**MOTION DOCUMENT NO.**

| | | Motion | granted | denied | advisement |
|---|---|---|---|---|---|
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☐ | # | Motion | ☐ | ☐ | ☐ |
| ☒ | Joint | Oral Motion **to waive statutory fees** | ☒ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |
| ☐ | | Oral Motion | ☐ | ☐ | ☐ |

☐ Brief(s) due ___   ☐ Proposed Findings due ___   Response due ___

☒ **This case was reported settled: The State will pay $750 to plaintiff in full settlement of his claims. Settlement was approved by the Court.**

☐ filed ☐ docketed (repeated)

Hearing continued until ___ at ___