UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
LEO FELIX CHARLES          :
                           :
     v.                    :    CASE NO. 3:02CV1341 (AWT)
                           :
PAULYN HUSBAND             :
```

ORDER

      The parties have reported that this action has been settled in full.  Rather than continue to keep the case open on the docket, the Clerk is directed to administratively close the file without prejudice to reopening.

    If the parties wish to file a stipulation (for approval by the court or simply for inclusion in the court's file), they may do so on or before June 23, 2008.

    The date set forth in this order may be extended for good cause pursuant to a motion filed in accordance with Local Rule 7(b).

    It is so ordered.

    Dated at Hartford, Connecticut this 23rd day of May, 2008.

                                                      /s/   AWT
                                        Alvin W. Thompson
                                        United States District Judge